AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeff B. Sessions III, in his official capacity as Attorney General, was received by me on *(date)* January 12, 2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to Fed. R. Civ. P. 4(i)(1)(B), I served the Attorney General of the United States by sending him a copy of the summons and the complaint by certified mail.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/17/18

/s/ Kevin M. Downing
*Server's signature*

Kevin M. Downing
*Printed name and title*

815 Connecticut Ave. NW, Suite 730, Washington, D.C. 20006
*Server's address*

Additional information regarding attempted service, etc:



