**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL J. MANAFORT, JR., *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, ROD J. ROSENSTEIN, and ROBERT S. MUELLER III, *Defendants*. | No. 1:18-cv-00011-KBJ |

**NOTICE OF APPEARANCE**

To the Clerk of Court:

PLEASE TAKE NOTICE, pursuant to LCvR 83.6(a), that DANIEL SCHWEI, Senior Trial Counsel with the United States Department of Justice, hereby enters his appearance on behalf of Defendants in the above-captioned matter.

Respectfully submitted this 19th day of January, 2018,

*/s/ Daniel Schwei*
DANIEL SCHWEI (N.Y. Bar)
Senior Trial Counsel
United States Department of Justice
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-8693
Fax: (202) 616-8470
Daniel.S.Schwei@usdoj.gov

*Counsel for Defendants*