UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL J. MANAFORT, JR.,<br><br>                              *Plaintiff*,<br><br>             v.<br><br>U.S. DEPARTMENT OF JUSTICE, ROD J. ROSENSTEIN, and ROBERT S. MUELLER III,<br><br>                              *Defendants*. | No. 1:18-cv-00011-KBJ |

**NOTICE OF APPEARANCE**

To the Clerk of Court:

PLEASE TAKE NOTICE, pursuant to LCvR 83.6(a), that JOHN R. TYLER, Assistant Director, United States Department of Justice, hereby enters his appearance on behalf of Defendants in the above-captioned matter.

Respectfully submitted this 19th day of January, 2018,

*/s/ John R. Tyler*_____
JOHN R. TYLER (D.C. Bar No. 297713)
Assistant Director
United States Department of Justice
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 514-2356
Fax: (202) 616-8470
John.Tyler@usdoj.gov

*Counsel for Defendants*