# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL J. MANAFORT, JR.,<br><br>                      *Plaintiff*,<br><br>         v.<br><br>U.S. DEPARTMENT OF JUSTICE, ROD J. ROSENSTEIN, and ROBERT S. MUELLER III,<br><br>                     *Defendants*. | No. 1:18-cv-00011-KBJ |

## **NOTICE OF APPEARANCE**

To the Clerk of Court:

PLEASE TAKE NOTICE, pursuant to LCvR 83.6(a), that ANJALI MOTGI, a Trial Attorney with the United States Department of Justice, hereby enters her appearance on behalf of Defendants in the above-captioned matter.

Respectfully submitted this 19th day of January, 2018,

*/s/ Anjali Motgi*_____
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
20 Massachusetts Ave, NW
Washington, DC 20530
Tel: (202) 305-0879
Fax: (202) 616-8470
Anjali.Motgi@usdoj.gov

*Counsel for Defendants*