Rev. 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAUL J. MANAFORT, JR.

    Plaintiff

  vs.                              Civil No.    18-11    (ABJ)

U. S. DEPARTMENT OF JUSTICE, et al    Category  E

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __1/19/18__ from __Judge Ketanji Brown Jackson__

to __Judge Amy Berman Jackson__ by direction of the Calendar Committee.

(Case Transferred by Consent)

                                                          <u>JUDGE ELLEN S. HUVELLE</u>
                                                          Chair, Calendar and Case
                                                           Management Committee

cc:    __Judge Ketanji Brown Jackson__    & Courtroom Deputy
        __Judge Amy Berman Jackson__    & Courtroom Deputy
        Liaison, Calendar and Case Management Committee