AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jessie K. Liu, United States Attorney for the District of Columbia, was received by me on *(date)* January 12, 2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii), I served the United States Attorney for the district where the action is brought by sending a copy of the summons and the complaint by certified mail to the civil-process clerk at the United States Attorney's Office for the District of Columbia.
Tracking No. 7017 0530 0000 9599 9871

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/24/18

/s/ Kevin M. Downing
*Server's signature*

Kevin M. Downing
*Printed name and title*

815 Connecticut Ave., N.W., Suite 730, Washington, D.C. 20006
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70170530000095999871

**Expected Delivery on**

**TUESDAY**
**23** JANUARY 2018 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

January 23, 2018 at 5:31 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**January 23, 2018, 5:31 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:31 am on January 23, 2018 in WASHINGTON, DC 20530.

**January 22, 2018, 12:27 pm**
Available for Pickup
WASHINGTON, DC 20530

**January 22, 2018, 10:57 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 21, 2018, 12:56 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 20, 2018, 12:56 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 19, 2018, 12:56 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 18, 2018, 11:56 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**January 18, 2018, 2:47 pm**
USPS in possession of item
WASHINGTON, DC 20005

**Product Information** 

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

