Case 1:18-cv-00011-ABJ   Document 22   Filed 01/24/18   Page 1 of 7

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert S. Mueller III, in his official capacity as Special Counsel,
was received by me on *(date)* January 12, 2018.

☐ I personally served the summons on the individual at *(place)*
___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___
___, a person of suitable age and discretion who resides there,
on *(date)* ___, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___, who is
designated by law to accept service of process on behalf of *(name of organization)* ___
___ on *(date)* ___ ; or

☐ I returned the summons unexecuted because ___ ; or

☒ Other *(specify):* Pursuant to Fed. R. Civ. P. 4(i)(2), I served Robert S. Mueller III, in his official capacity as Special Counsel,
by sending him a copy of the summons and the complaint by certified mail.
Tracking Nos. 7017 0530 0000 9599 9949, 7017 0530 0000 9599 9925

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/24/18

/s/ Kevin M. Downing
*Server's signature*

Kevin M. Downing
*Printed name and title*

815 Connecticut Ave., N.W., Suite 730, Washington, D.C. 20006
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170530000095999949

Expected Delivery on

## MONDAY
### 22 JANUARY 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

January 22, 2018 at 12:23 pm
Delivered, To Agent
WASHINGTON, DC 20472

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**January 22, 2018, 12:23 pm**
Delivered, To Agent
WASHINGTON, DC 20472
Your item has been delivered to an agent at 12:23 pm on January 22, 2018 in WASHINGTON, DC 20472.

---

**January 22, 2018, 7:26 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 21, 2018, 12:14 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20472

**January 20, 2018, 5:14 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 19, 2018, 7:11 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 19, 2018, 12:58 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20472

**January 18, 2018, 11:58 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**January 18, 2018, 2:47 pm**
USPS in possession of item
WASHINGTON, DC 20005

**Product Information** 

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**



## USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170530000095999925

Expected Delivery on

**TUESDAY**
**23** JANUARY 2018  | by **8:00pm** 

### ✓ Delivered

January 23, 2018 at 5:31 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

January 23, 2018, 5:31 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:31 am on January 23, 2018 in WASHINGTON, DC 20530.

---

January 22, 2018, 12:27 pm
Available for Pickup
WASHINGTON, DC 20530

**January 22, 2018, 12:14 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 22, 2018, 10:57 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 21, 2018, 12:14 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 20, 2018, 5:14 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 19, 2018, 7:10 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 19, 2018, 12:56 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 18, 2018, 11:56 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**January 18, 2018, 2:47 pm**
USPS in possession of item
WASHINGTON, DC 20005

Product Information

See Less 

