**NOTICE OF ERRATA**
*Manafort v. United States Department of Justice*, 1:18-cv-00011-ABJ

This errata corrects the proof of service on the Attorney General that was electronically filed on January 17, 2018.  Dkt. No. 3.  The original summons was served on the Attorney General without a copy of the complaint attached, contrary to Federal Rule of Civil Procedure 4(i)(1)(B).  On January 23, 2018, counsel for plaintiff served the Attorney General with a copy of both the summons and the complaint, as reflected in the corrected proof of service filed on January 24, 2018.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeff B. Sessions III, in his official capacity as Attorney General, was received by me on *(date)* January 12, 2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to Fed. R. Civ. P. 4(i)(1)(B), I served the Attorney General of the United States by sending him a copy of the summons and the complaint by certified mail. Tracking No. 7017 0530 0000 9600 0033

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/24/18

/s/ Kevin M. Downing
*Server's signature*

Kevin M. Downing
*Printed name and title*

815 Connecticut Ave., N.W., Suite 730, Washington, D.C. 20006
*Server's address*

Additional information regarding attempted service, etc:

Case 1:18-cv-00011-ABJ   Document 14-1   Filed 01/24/18   Page 1 of 4

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70170530000096000033

Remove ✕

Expected Delivery on

**TUESDAY**
**23** JANUARY 2018 ⓘ | by **8:00pm** ⓘ

✅ **Delivered**

January 23, 2018 at 5:31 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

January 23, 2018, 5:31 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:31 am on January 23, 2018 in WASHINGTON, DC 20530.

---

January 22, 2018, 12:27 pm
Available for Pickup
WASHINGTON, DC 20530

**January 22, 2018, 12:14 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 22, 2018, 10:57 am**
Arrived at Unit
WASHINGTON, DC 20018

**January 21, 2018, 12:14 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 20, 2018, 5:14 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 19, 2018, 7:10 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 19, 2018, 12:56 pm**
In Transit to Destination
On its way to WASHINGTON, DC 20530

**January 18, 2018, 11:56 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**January 18, 2018, 2:47 pm**
USPS in possession of item
WASHINGTON, DC 20005

**Product Information**  

**See Less ∧**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530
OFFICIAL USE

Certified Mail Fee  $3.35
$  $2.75   0238   09

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage  $2.03
Total Postage and Fees  $8.13

Postmark Here
01/18/2018

Sent To: Hon. Jeff Sessions U.S. Dep't of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 0530 0000 9600 0033