UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:18-cv-00011

Paul J. Manafort Jr.
Plaintiff

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

v.

**RECEIVED**

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

JAN 2**6** 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Supplemental Motion to Intervene and Join

Please incorporate the Motion to Intervene filed by Freedom Watch/Larry Klayman on January 23rd, 2018: Case 1:18-cv-00011-ABJ Document 9 Filed 01/23/18 Page 1 of 6. It would be discriminatory, prejudicial and arbitrary to deny me my Constitutional Right to file my original Motion to Intervene and Join and this Supplemental Motion to Intervene and Join. The court has allowed Freedom Watch/Larry Klayman to publicly docket their Motion because Klayman is an attorney. The court is picking and choosing who has Constitutional Rights in a discriminatory, prejudicial and arbitrary process. The Constitution, Federal Law and the Rules of Civil Procedure clearly allow me the right to file these Motions. I have standing and cause. Federal Rules of Civil Procedure (FRCP) Rule 24 governs intervention by additional parties in existing litigation in the federal courts. Refusing to publicly docket my Motions is Tantamount to Treason.

Here is what is most grotesque. Freedom Watch/Larry Klayman's Motion is politically motivated. My Motions are motivated by the oath that I took to protect the Constitution and the American People. Why does the devil get his day in court and me and the American People do not?

The Supreme Court has been censoring me and in turn the American People for years. We are talking about the Genocide of Mankind. I have filed Amicus Briefs with the Supreme Court but the Court refuses to docket them. Please review just the first two pages of an Amicus Brief that I filed in 2012. The Preamble is critical. I beg you to take a moment to read the Preamble as it is very enlightening because it applies to all Federal Judges and all Americans. Censorship has destroyed our country.

This court has started that there are other forums but in fact there are not. Here is a perfect example. Not one media outlet has reported that the United States has an influenza and pneumonia epidemic. The epidemic is 15.5% above the level that is set by the CDC. How many Americans will die from this preventable disease/malady before the Federal Judiciary wakes up? This epidemic was reported by the CDC on January 19th, 2018 for the period that ended December 30th, 2017. Google influenza and pneumonia epidemic and see that there are no news stories.

https://www.cdc.gov/flu/weekly/index.htm
Pneumonia and Influenza (P&I) Mortality Surveillance:



Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 18, 2018, 8.2% of the deaths occurring during the week ending December 30, 2017 (week 52) were due to P&I. This percentage is above the epidemic threshold of 7.1% for week 52.

Background: Weekly mortality surveillance data include a combination of machine coded and manually coded causes of death collected from death certificates.  Percentages of deaths due to P&I are higher among manually coded records than more rapidly available machine coded records. Due to the additional time needed for manual coding, the initially reported P&I percentages may be lower than percentages calculated from final data.  Previous longer backlogs in manual coding have been resolved and death records are now coded within 10 days from receipt of a death record by NCHS.

Region and state-specific data are available at http://gis.cdc.gov/grasp/fluview/mortality.html.

I have also attached a copy of the letters that I sent to the Eastern District of Virginia and District of Columbia Special Grand Juries that have been convened by Special Prosecutor Robert Mueller.

Attached is the original Motion to Intervene and Join that I filed on January 6th, 2018.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 24th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

No. 11-1200 ac

IN THE

## Supreme Court of the United States

————

Tash Hepting, et. al., Petitioners,

v.

AT&T Corporation, et. al.

*Respondent.*

————

**On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit**

————

***AMICUS CURIAE* BRIEF OF DAVID ANDREW CHRISTENSON AND DAVID ANDREW CHRISTENSON ON BEHALF OF THE SUPREME COURT OF THE UNITED STATES OF AMERICA (AS AN INSTITUTION AND THIRD BRANCH OF THE FEDERAL GOVERNMENT), THE FEDERAL JUDICARY, EMPLOYEES AND FAMILY MEMBERS OF THE FEDERAL JUDICARY AND ALL AMERICAN CITIZENS.**

————

David Andrew Christenson
*Pro Se*
Box 9063
9815 US Highway 98 West
BC 156
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com
"THE RELUCTANT PATRIOT"
*Classified as a terrorist by the Department of Justice*

## PREAMBLE

THE SUPREME COURT MUST ISSUE AN ALL ENCOMPASSING LANDMARK DECISION (9-0). This will serve the Supreme Court, the Justices and all Americans.  The landmark decision must be punitive so as to prohibit current and future criminal activity by the Executive Branch.

There is an all-out ideological and criminal war being conducted by the Executive Branch against the Judicial and Legislative branches of our Federal Government as well all Americans. How can and does the Supreme Court's Marshal Service protect the Justices and the Court from these ideological and criminal attacks? Every aspect of the life of a Supreme Court Justice is under attack. There is no escape.

The criminal activity in this case was perpetrated against the Supreme Court, the Justices and all Americans. This is the tip of the iceberg.  Since the filing of the original lawsuit, immunity has been granted to those that participated in the willful and intentional criminal activity. Would the Justices really consider approving of immunity for those people that harmed the Supreme Court?

The Supreme Court must regains its' position as the protector of the Constitution and all Americans.

The Executive Branch has isolated the Supreme Court and the end result is that the Court has become a non-entity and irrelevant in judicial matters concerning criminal law, terrorism and war. The Executive Branch uses the pretense of Patriotism as a means to sway the court.

STATEMENT OF FACT: The Supreme Court, the Justices, employees of the Supreme Court and the Federal Judiciary and all of their family members are all under surveillance by the Executive Branch. The United States Congress is under surveillance as well. Agencies within the Executive Branch are spying on each other.

Civil Disobedience is now classified as terrorism.

## PREMISE

This is an Amicus Brief (ac) that supports neither party.

The Amicus Brief is drafted by a Federal Whistleblower who happens to be an officer in the United Sates Air Force. (A "regular' commission places Constitutional Responsibility on an officer weather he is on active duty or not.)

All Americans would and could be a party to this writ. This includes all Supreme Court Justices, employees and families as well as all members of the Federal Judiciary and their family members.

(Special) Grand Jury being used by Special Counsel Robert Mueller     January 16th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

The evidence, Genocide, of criminal conduct by Special Counsel Robert Mueller and his team of
prosecutors that you are about to review is unbelievable and yet it is factual, documented and
verifiable. You are Mankind's last hope.

The Federal Judiciary, including the Supreme Court, are active participants in the criminal enterprise that
will result in the Genocide of Mankind.

My name is David Andrew Christenson (Federal Whistleblower and Military Officer) and I have filed, in
accordance with the Constitution and specifically the last sentence of the First Amendment, "and to
petition the Government for a redress of grievances" multiple Motions to Intervene in this court as well
as other courts on behalf of the American People and that includes you and your family.

Mankind will cease to exist by October 12th, 2050. This is not a prophecy or prediction but a
mathematical certainty.

Special Counsel Robert Mueller currently has three criminal cases filed and has one civil case filed
against him. The court refuses to publicly docket my Motions and more importantly they have refused
to publicly docket my Notices of Appeal. I am fighting to save my country and Mankind and the court has
censored me. The Constitution, Federal Law and precedent grant me the right to publicly file such
Motions, Notices and Grievances.

Please review the docket for each of the cases.

The prosecutors that are presenting evidence to you are some of the evilest people on this planet. They
make Hitler look like a Saint. Your loved ones will pay the ultimate price for the cover up that is taking
place. I beg you to save your family, your country and Mankind.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Paul J. Manafort Jr.
Plaintiff

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Civ. No. 1:18-cv-00011 Plaintiff

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

Motion to Intervene and Join

Movant David Andrew Christenson incorporates Plaintiff Paul J. Manafort's Complaint for Declaratory
and Injunctive Relief. Case 1:18-cv-00011 Document 1 Filed 01/03/18 Page 1 of 17

In the interest of Justice and to save judicial resources Movant moves the court to grant his Motion.
David Andrew Christenson was preparing a complaint to be filed with the court and has stayed that
process until the court rules on this Motion. It seems prudent that only one complaint of this sort be
filed.

Movant has standing and cause as well as Constitutional Authority to file this Complaint.

The overriding precedent is that the American People have a Constitutional Right to this incriminating
information.

The United States Court of Appeals for the Fifth Circuit docketed the attached pleading/motion which I
am incorporating into this Motion (5th Circuit Case: 17-30831 Document: 00514268351 Page: 1 Date
Filed: 12/11/2017). Within the pleading are Motions to Intervene that the District Court for the District
of Columbia refused to docket. There is now an official court record. Both the DC District Court and the
DC Appellate Court refused to docket my Notices of Appeal.

The Constitution, First Amendment, last sentence of the First Amendment ("and to petition the
government for a redress of grievances."), Federal Law, Federal Case Law, Precedent, etc. grant me to
the right to file this pleading and to **have it entered into the public court record**.

Special Counsel Robert Mueller is poisonous fruit and anything he prosecutes is defective. Robert
Mueller has continually abused his authority throughout his career as a US Prosecutor, FBI Director and
now as Special Counsel. I have provided to the court factual, documented and verifiable proof of Robert
Mueller's criminal conduct as well as that of the Department of Justice.

There is no legal authority to deny the public docketing of this pleading. It would be truly criminal to
deny the American people access to this information.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**

Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**

Leucadia v. Applied Extrusions Technologies: **Access**

Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.

Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**

Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**

Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**

Pansy v. Stroudsburg: **Third parties have a right to intervene**.

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

Appellant (Movant) Mr. David Andrew Christenson
Adrian Caliste v. Harry Cantrell                             17-30831
USDC No. 2:17-CV-6197                                         Complaint-Class Action

**Motion for Reconsideration**
**Of Dismissal**

The court dismissed my appeal on December 4th, 2017.

There was never a hearing therefore there was no transcript to order.

I Move the Court to Reinstate the Appeal.

It is imperative that this appeal be allowed to proceed. This appeal is connected to the General Michael Flynn, Paul Manafort, Richard Gates and George Papadopoulos criminal cases that are being prosecuted by Special Prosecutor Robert Mueller. I have attached two very important documents.

Attachment 1: The District Court for the District of Columbia reassigned the General Michael Flynn case to Judge Emmet G. Sullivan from Judge Rudolph Contreras. The court stated that it was random but in fact it was not. All that was left in the case was the sentencing. This is very important because it was Judge Emmet G. Sullivan that presided over the Senator Ted Stevens criminal case that was vacated because of criminal prosecutor misconduct.

Attachment 2: This is my Motion to Intervene in the General Michael Flynn criminal case.

Attachment 3: This is my Supplemental Motion to Intervene in the General Michael Flynn criminal case.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
dchristenson6@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. December 8th, 2017.

Rev: 1/2017

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   vs.       Criminal No.  17-232  (EGS)

MICHAEL T. FLYNN    Category  A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on _____12/7/17_____ from Judge Rudolph Contreras

to _____Judge Emmet G. Sullivan_____ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Rudolph Contreras _____ & Courtroom Deputy

   Judge Emmet G. Sullivan _____ & Courtroom Deputy

  U.S. Attorney's Office – Judiciary Square Building, Room 5133

  Statistical Clerk





UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                    Criminal Docket No. 1:17-cr-232

                    v.                                      Judge Rudolph Contreras

Michael T. Flynn
Defendant

                    Motion to Intervene/Friend of the Court Brief/Amicus Brief

> **We are talking about the impeachment and criminal prosecution (Fruit from a Poisonous Tree)
> of a sitting President and his family.**

I can file this Motion because I am a victim of Robert Mueller's criminal misconduct.

> **This Motion to Intervene becomes moot if you docket it in accordance with the Constitution,
> First Amendment and the last sentence to the First Amendment: "and to petition the
> government for a redress of grievances." I want nothing else from this court except the
> Constitutional Right to be heard. The American People have a Constitutional Right to hear
> what I am saying in this court and for the record.**

I want irreversible justice in accordance with Constitution and on behalf of the American People. Look at
the number of criminal cases in New Orleans that were reversed on Appeal because of criminal
prosecutor misconduct. Danziger and Glover were two of the biggest Civil Rights cases from the last
thirty years. Many of the defendants were ultimately found not guilty or had major reductions in their
sentences. Glover ended up with just one conviction. (A plea deal was entered into before trial that
excluded evidence. I will elaborate on this latter.)

The greatest political and legal transgression of my life was when President Ford pardoned President
Nixon. Nixon resigned before being impeached and was pardoned before he was indicted. This
catastrophic event denied all Americans the truth (Their Constitutional Rights) and had ripple (tsunami)
effects that are felt today.

> **The tree that President Ford planted that day was as poisonous as they come.**

What if Trump starts to pardon individuals? He could pardon Flynn and Papadopoulos today as well as
Manafort and Gates because the precedent was set by Ford. Would Flynn and Papadopoulos have to
cooperate and testify? Remember that the DOJ dropped the case against Fred Heebe/River Birch Landfill
New Orleans before he was ever indicted because of criminal prosecutor misconduct. Nixon was never
called to testify.)

In my book the first few words are: "An Epic Constitutional Crisis. I am talking about the political
destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government." I
believe this more today then when I wrote the book five years ago.

> **Please accept my apology for filing this Motion. "I am sorry." Case law and precedent for granting this Motion are listed at the end of the pleading.**

This narrative may be a little incoherent and disjointed but please give it a chance.

First Amendment, Fourth Amendment, Fifth Amendment, Fourteenth Amendment, Exclusionary Rule and Fruit from a Poisonous Tree.

Has Criminal Prosecutor Misconduct taken place? Papadopoulos and Flynn have entered into plea deals. What evidence, legal or illegal, did Special Prosecutor Robert Mueller have to entice or intimidate them into pleading guilty and how was that evidence obtained? Any information or testimony provided by Flynn and Papadopoulos will be Poisoned Fruit that can never be used again in any criminal trial. Trump could never be prosecuted. All defense attorneys have a right to this information and so do the American People.

If Mueller obtained the guilty pleas with Poisoned Fruit then all prosecutions and convictions will be tainted and thus thrown out.

Mueller has a history of prosecutorial misconduct. The indictment, plea agreement and statement of offense are all riddled with poisoned fruit. Mueller's arrogance is unbelievable. Simple common sense tells you that something is very, very wrong.

Lt. General Michal Flynn is having a private conversation with the Russian Ambassador. Here is the Constitutional Question. Did Flynn have a presumption of privacy? How did Mueller come by the evidence that he needed to force Flynn to accept the plea deal? Was it the FBI, NSA, etc. who provided the electronic recording? The Ambassador has diplomatic immunity and in essence is not governed by our laws. What kind of investigation was he under. There was no way he could ever be prosecuted so why was his conversation with Flynn being recorded? Mueller admits that he did not know at the time of Flynn's interview that Flynn lied. How do you suppose he developed that information? Anything besides an electronic recording would be hearsay and an electronic recording without a warrant would be illegal. This could be considered entrapment. It reminds me of the Scooter Libby case, even the commuting of his sentence. Libby did nothing wrong.

Why was President Elect Trump not informed of the Russian investigation? The transgressions of Flynn and Papadopoulos happened after the election. This is a major Constitutional issue which needs to be addressed.

A President Elect starts to call world leaders the day he is elected. Do you see the problem?

During the campaign both parties held talks with other world leaders. I believe both travel abroad.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings. First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**

Leucadia v. Applied Extrusions Technologies: **Access**

Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access.**

Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient.**

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**

Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**

Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**

Pansy v. Stroudsburg: **Third parties have a right to intervene.**

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carollo and Ford Motor Bronco II MDL

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Attachment 1: DC District Court Judge Amy B. Jackson denied my Notice of Appeal that I filed with the United States Court of Appeals for the District of Columbia. How can a District Court Judge deny an Appellate Court Pleading? How did Judge Jackson even get the Notice of Appeal?

Attachment 2: DC District Court Judge Amy B. Jackson denied my Notice of Appeal.

Reference Attachment 3: Judge Jackson states: "he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. (DMK) (Entered: 11/29/2017)" How can I seek relief if she denies my Constitutional Right to Appeal?

Filed in the Manafort/Gates case. Listed in reverse order. Other Federal District Court and Appeal Courts have docketed these pleadings.

Attachment 3: Docket Correction in the Interest of Justice.

Attachment 4: Friend of the Court Brief/Amicus Brief/Appeal/Memorandum in Support of Motion to Intervene.

Attachment 5: Notice of Appeal

Attachment 6: Motion for Reconsideration

Attachment 7: Motion to Intervene

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on December 1st, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Case 1:17-cr-00201-ABJ   Document 53 (Court only)   Filed 11/20/17   Page 1 of 7

Attachment 1

NOV 1 3

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant                      USCOADCC: 17-XXXXX
                                                      (Please assign)

United States of America                              DCDC Criminal Docket No. 1:17-cr-201
                                                      (ABJ/DAR)
                   v.                                 Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III                                             Leave to file DENIED    11/20/17
Defendants
                                                      Amy B. Jackson          Date
                   Notice of Appeal                   United States District Judge
                   November 7th, 2017
                                                      Mr. Christenson the
                                                      movant
Please reference the attached letter to District of Columbia District Court Judges concerning the criminal   is not
violation of my, and all Americans, Constitutional Rights to be Heard.                                        a
                                                                                                             party
Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated     to his
all American's Constitutional Rights.                                                                        case.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took
place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson

m

CERTIFICATE OF SERVICE
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 2

**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

United States of America

v.

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III
Defendants

**Notice of Appeal**
November 7th, 2017

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson

Leave to file DENIED  11/16/17

Amy B. Jackson          Date
United States District Judge

Pleading submitted by someone who is neither a party to nor counsel in this case.

**CERTIFICATE OF SERVICE**
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

NOV 13 2017

# Attachment 3

**My Motion to Intervene would have become moot as soon as it was publicly docketed. In the interest of justice and to protect the Constitution and Constitutional Rights of the defendants, Mueller should have had to respond. All Judge Jackson had to do was publicly docket the motion. There is a saying that locks keep honest people honest. Access and knowledge will keep prosecutors honest and the courts have ruled that to be true and the law.**

Everything that Special Counsel Robert Mueller is connected to is tainted. (Mueller failed in the Anthrax investigation, that he directly oversaw, but not before he destroyed Steven Hatfill's life. Hatfill was a virologist at the U.S. Army's laboratories at Fort Detrick, Md. and a victim of Mueller's criminal conduct and repeated violations of the Constitution. The government paid him 5.8 million dollars to settle with him)

Two Famous Quotes by EDLA Judge Kurt Engelhardt in the Danziger Civil Rights case.
The "Horn Report" was prepared in this case because of criminal prosecutor misconduct.

Engelhardt wrote that he actually said: "Using liars lying to convict liars is no way to pursue justice."

Engelhardt added in the footnote that the cooperating defendants were "purchased, bought and paid for" with more lenient sentences. "Mr. Perez's comment misses the point," Engelhardt concluded.

The two quotes were directed at Attorney General Eric Holder, Civil Rights Assistant Attorney General Thomas Perez and FBI Director Robert Mueller. Perez is morally bankrupt and yet he is running the Democratic party. The cancer is systemic. The Court must honor their Constitutional Mandate and allow me to be heard.

Over 100 grants of immunity and or reduces sentences were given in exchange for false evidence and false/perjured testimony. There were only six convictions via trial. Mueller's FBI Agents lied on the witness stand. This is fact. Study the Free Heebe criminal case.

Judge Jackson refused to docket my Notice of Appeal and my Appeals and yet she acknowledges their existence. She wrote this: "and if the movant seeks relief from this Court's rulings, he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. Judge Jackson and the court have denied me the right to file an appeal. My Notice of Appeal must be publicly docketed. How will Americans know what I am appealing if there is no public record?

Judge Jackson states that: "noting that the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case." This is simply not true.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**
Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**
Leucadia v. Applied Extrusions Technologies: **Access**

# Attachment 3

Belo Broadcasting v. Clark: <u>Access</u>
Globe Newspaper v. Superior: <u>The right of the public to monitor the government by having access</u>.
Richmond Newspaper v. Virginia: <u>Without publicity, all other checks are insufficient</u>.
Valley Broadcasting v. United States District Court: <u>Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public</u>.
Landmark Communications v. Virginia: <u>To guard against the miscarriage of Justice. To stop prosecutor misconduct before, during and after</u>.
Cox Broadcasting v. Cohn: <u>My pleadings will guarantee a fair trial</u>.
Pansy v. Stroudsburg: <u>Third parties have a right to intervene</u>.
In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carollio and Ford Motor Bronco II MDL

Judge Jackson made the following statement; "The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. There are many places and means available for a private citizen to express his views about matters of public interest, but the fact is, the Court's docket is not one of them." I completely disagree with this statement and I believe that it is contradictory to the Constitution, First Amendment and specifically the last sentence of the First Amendment (and to petition the government for a redress of grievances.). The courts have made it impossible to seek justice. Knowledge ensures that there is justice. Knowledge keeps people honest. We can't keep the sins of our government in the closet. We must expose those sins. Americans are being raped by their own government and the Federal Judges are protecting the rapists.

Were should I be heard? Fox news, The New York Times, etc. President George W. Bush lied to the world about his reasoning for entering the second Iraq war. He fraudulently told the world that Iraq had weapons of mass destruction and that Al Qaeda was operating there. Both were lies and the media knew it. The for-profit media wanted a war. (I wonder where Judge Jackson gets her news?)

Judge Jackson states: "the Court's docket is not one of them. It is the record of official proceedings related to criminal charges brought by the United States against two individuals who are presumed to be innocent, <u>and for the benefit of all parties concerned and the public</u>". My information is crucial to the defendants receiving a fair trial and to protect the Constitutional Rights of all Americans. We as a nation cannot continue to allow criminal prosecutor misconduct.

Attached is My Non-Domestic Stay Away Order for a false arrest for a non-domestic, non-violent, non-drug misdemeanor for which I was never charged with a crime.

This is how far Muller will go to harass and intimidate Federal Whistleblowers. Mueller intimated my family, my friends, co-workers, etc. Mueller slandered and defamed me so that I would be noncredible. If he did this to me think about what he is doing to Manafort and Gates. Here is the proof about Muller's criminal conduct and the egregious violation of my Constitutional Rights. By denying me my Constitutional Rights you have denied all Americans their Constitutional Rights. There has to be transparency and accountability. I would not have filed the motion if someone else was the special counsel. Mueller directly harmed me so that I would be silenced, thereby depriving Americans of their Constitutional Rights. He did it to deprive the Danziger and Glover defendants of their Constitutional Rights and their right to a fair trial. How many witnesses has Mueller intimidated so far? How many has he purchased?

# Attachment 3

More than a third of those listed on the order were Federal Court Clerks and yet not one Federal Judge was listed. My Bishop in New Orleans was Aymond. Senators Vitter and Landrieu. My Federal Public Defenders/Attorneys: Gary Schwabe and Virginia Schlueter. FBI Director Robert Mueller. Fellow Federal Whistleblower Nancy Swan. The Ozanam Inn, which is a homeless shelter where my wife and I volunteered. I could not go home because the Ozanam was within 100 feet of my home. This was sadistic. General Russel Honore. Impeached Federal Judge Thomas Porteous. Activist Tracie Washington. Many of those listed were friends.

Mueller had me arrested on a Louisiana Warrant, not a Federal, placed in isolation for 11 days and medicated against my will. When I was finally released on bond I was ordered to leave the state of Louisiana so that I could not be present for the Danziger Civil Rights trial.

Nobody will receive a fair trial if Robert Mueller is allowed to prosecute. This is a direct and malicious violation of the Constitution and directly impacts all Americans.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 3

CAT B

## U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00201-ABJ All Defendants

Case title: USA v. MANAFORT et al                    Date Filed: 10/27/2017

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2017 | | MINUTE ORDER granting 62 Motion to Modify Conditions of Release as to RICHARD W. GATES III. Defendant may travel to the District of Columbia and stay overnight for the purpose of meeting with counsel on the conditions that: defendant Gates remains subject to GPS monitoring (which is a condition of his release in any event); he travels only to his attorney's office and the hotel; he provides pre-trial services with his itinerary, including when he is traveling, where the meetings will be held, and the name and address of the hotel, at least one business day in advance of the trip; and he travels directly from and to his residence with no stops other than at gas stations and rest stops. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/29/2017. (lcabj2) (Entered: 11/29/2017) |
| 11/29/2017 | | MINUTE ORDER. On November 8, 2017, this Court denied a private individual who is neither a party to this case nor counsel of record for any party leave to file a Motion to Intervene in the proceedings, noting that the Federal Rules of Criminal Procedure do not provide for intervention in a criminal case. See Dkt. 39. The would-be intervenor has also attempted to file a Motion to Dismiss Indictment for Insufficient Evidence and Lack of Jurisdiction/Defense Sentencing Memorandum, two notices of appeal, and a motion for reconsideration, see Dkts. 40, 51, 53, and 58, and he has submitted a letter regarding his motion to intervene. Dkt. 59. The Court denied leave to file them all, and the movant appears to be frustrated and disappointed by this decision. The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. There are many places and means available for a private citizen to express his views about matters of public interest, but the fact is, the Court's docket is not one of them. It is the record of official proceedings related to criminal charges brought by the United States against two individuals who are presumed to be innocent, and for the benefit of all parties concerned and the public, it must be maintained in an orderly fashion and in accordance with court rules. The movant is correct in his assertion that under different circumstances, in civil cases, "friends of the court" may seek permission to file briefs, see Local Civil Rule 7(o), but those circumstances do not pertain here. The movant is also correct in pointing out that in some cases, non-parties submit letters for the Court's consideration at the time of sentencing. It is this Court's practice to docket sentencing materials if and when they are received in any case, but this case is in its early stages, and that practice would not justify granting leave to file the material that has been submitted to date. In sum, the Clerk will be directed not to docket additional pleadings submitted by the would-be intervenor, and if the movant seeks relief from this Court's rulings, he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. (DMK) (Entered: 11/29/2017) |

# Attachment 3

STATE OF LOUISIANA

CRIMINAL DISTRICT COURT

VERSUS

*David A. Christenson*
*aka David Christian*

PARISH OF ORLEANS
MAG. NO. *422-499*

### NON-DOMESTIC STAY AWAY ORDER

NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant *David A. Christenson* *aka Christian* date of birth *02-21-58* from communicating, directly or indirectly, with the victim, *As listed in ODR* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

### BY ORDER OF THE COURT

IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

_____
MAGISTRATE COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_ , 20_11_.

### DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS

UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I *David Christenson* *aka Christian* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

_____
DEFENDANT

NEW ORLEANS, LOUISIANA, THIS _15_ DAY OF _March_ , 20_11_.

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CELL PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NO. _____

# Attachment 3

STATE OF LOUISIANA        CRIMINAL DISTRICT COURT

VERSUS        PARISH OF ORLEANS

DAVID CHRISTIAN,        MAG. NO. _____
Aka DAVID CHRISTENSON

### ORDER

IT IS ORDERED that the defendant stay away from the protected persons listed below until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal. Specifically, the defendant is ordered:

- NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

- NOT to contact the protected persons personally, electronically, by phone, in writing, by email, by text message or through a third party or go within 100 feet of the protected persons,

- NOT to contact the protected persons' families personally, electronically, by phone, in writing, by email, by text message or through a third party,

- NOT to go to the residence or household of the protected persons, the protected persons' schools or the protected persons' place of employment,

Protected Persons:

| | |
|---|---|
| Amanda J Ballay | amanda_ballay@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@laeb.uscourts.gov |
| Anna Christman | usalao |
| Archbishop Aymond | Catholic 2, Catholic 1 |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humphrys | brad_humphrys@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@laeb.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |



# Attachment 3

| | |
|---|---|
| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
| Glenda Hassan | glenda_hassan@txs.uscourts.gov |
| Glenn Williams | williamsgl@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Gbeseling | jgbeseling@keoplexspeakers.com |
| Jadon Bigelow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoj.gov |
| Jan Mann | jan.mann@usdoj.gov |
| Jason Bigelow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoj.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Sweeney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | sorianom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoj.gov |
| Michael Milby | michael_milby@txs.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozanam Inn | inno@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelette | pamela_angelette@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula P McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescentitle.com |
| Robert Lantz | robert_lantz@cob.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Ashabranner | shelia_ashabranner@txs.uscourts.gov |
| Steve Woodring | steve.woodring@dps.la.gov |
| Steven Hartmann | steven.hartman@usdoj.gov |
| Steven P Rayes | srayes@leo.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Munster | traci_munster@laed.uscourts.gov |
| Tracie L Washington | tlwms@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

# Attachment 3

Virginia Schluster
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

NEW ORLEANS, LOUISIANA, this the ___ day of _____ 20 __.

Commissioner Harry Cantrell
Criminal District Court, Sec. "M-3"
Parish of Orleans

# Attachment 3

Clerk Mark Langer                                   November 30th, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of
Mankind.

Godspeed,
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 3

Judge Beryl A. Howell                                     November 30th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of
Mankind.


Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 3

Clerk Angela D. Caesar                                     November 30th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of
Mankind.


Godspeed.

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 3

Judge Merrick B. Garland                                    November 30th, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

One day you will have to get into this war and not be standing on the sidelines watching the demise of
Mankind.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 4

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                    Criminal Docket No. 1:17-cr-201
                                                            (ABJ/DAR)
                    v.                                      Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III
Defendants

(Please use the title that will get this docketed into the public record)
Friend of the Court Brief
Amicus Brief
Appeal
Memorandum in Support of Motion to Intervene.

Attachment 1: A letter to Judge Jackson.
Attachment 2: The DOJ/OPR report concerning criminal prosecutor misconduct in the Senator Ted
Stevens case. We have Obamacare because of the conviction. The conviction resulted in a two-vote
swing in the Senate. Criminal prosecutor misconduct played a major role in our Democracy.
Attachment 3: Special Counsel report to the court about the prosecutor misconduct in the Senator Ted
Stevens case.
Attachment 4: My Memorandum 60 filed with the DC Appeal Court concerning the Senator Ted Steven
case.
Attachment 5: The DOJ/OPR report concerning the criminal prosecutor misconduct in the Eastern
District of Louisiana District Court. Fred Heebe was never indicted because of this report. Americans
were truly harmed. Heebe's partner, Dominick Fazzio, had an indictment, a second indictment and a
third indictment and all were dismissed with prejudice. The biggest civil rights cases were overturned on
appeal. Mueller was a part of all of this.
Attachment 5: Judge Engelhardt's Order and Reason why a new trial was order in the Danziger case. This
is about criminal prosecutor misconduct.
Attachment 6: My Motion to Intervene in this case was docketed by the 5th Circuit.
Attachment 7: My Motion to Intervene in this case was docketed by the Eastern District of Louisiana
District Court.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: Access to Criminal Proceedings, First Amendment and Common Law
guarantee the public's right of access to criminal judicial proceedings.
Nixon v. Warner Communications: The courts recognize the public's right to inspect and copy judicial
records.
Washington Post v. Robinson: The public has an unquestionable right to information regarding alleged
prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have
committed criminal acts.
Leucadia v. Applied Extrusions Technologies: Access
Belo Broadcasting v. Clark: Access
Globe Newspaper v. Superior: The right of the public to monitor the government by having access.

# Attachment 4

Richmond Newspaper v. Virginia: Without publicity, all other checks are insufficient.

Valley Broadcasting v. United States District Court: Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.

Landmark Communications v. Virginia: To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.

Cox Broadcasting v. Cohn: My pleadings will guarantee a fair trial.

Pansy v. Stroudsburg: Third parties have a right to intervene.

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolilo and Ford Motor Bronco II MDL

Godspeed.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com


CERTIFICATE OF SERVICE
I hereby certify that on November 22nd, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 4

Judge Amy Berman Jackson                    November 22nd, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

By censoring me you are denying all Americans their Constitutional Rights. Our greatest Constitutional Right is to be heard and to file a grievance against the government.

Amendment I
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances**.

I am a Federal Whistleblower, published author and journalist, military officer and an American. I took an oath to protect the Constitution. The Federal Government removed me from the Internet. I had a website, Facebook account, Twitter account, YouTube channel with over 750 videos, etc. and all have been removed. My two books that were placed into the Library of Congress with Library of Congress Control Numbers (LCCN) have been removed and so has all references to the two books.

All I asked was for the court to put my Motion to Intervene into the public court record. I am directly connected to Special Counsel Robert Mueller and more importantly I am a victim of his criminal activities and his criminal activities against me personally. I provided the court with documented, factual records that could be confirmed. You and your family are victims of Mueller's criminal activities but you don't know that because I have been censored. You have harmed the people you love.

You played a part in censoring me. There is precedent in criminal cases for me to intervene. You went one step further and denied me the right to appeal. You have caused catastrophic harm to your fellow Americans, your family and yourself. Why was it so important to silence me? Why did you participate? I beg you on behalf of my fellow Americans to publicly docket the attached pleading. Americans deserve to know the truth.

If you won't docket the pleading than please allow me the Constitutional Right to Appeal.

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 4

---

## DEPARTMENT OF JUSTICE



## OFFICE OF
## PROFESSIONAL RESPONSIBILITY

## REPORT

Investigation of allegations of prosecutorial misconduct in
*United States v. Theodore F. Stevens, Crim. No. 08-231
(D.D.C. 2009) (EGS)*

August 15, 2011

NOTE: THIS REPORT CONTAINS SENSITIVE AND CONFIDENTIAL
INFORMATION. DO NOT DISTRIBUTE THE REPORT OR ITS
CONTENTS WITHOUT THE PRIOR APPROVAL OF THE OFFICE OF
PROFESSIONAL RESPONSIBILITY.

---

# Attachment 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SPECIAL PROCEEDINGS | )<br>)<br>)    Misc. No. 09-0198 (EGS)<br>)<br>) |

### NOTICE OF FILING OF REPORT TO HON. EMMET G. SULLIVAN

Pursuant to the Court's Order, dated February 8, 2012, the undersigned hereby files the Report to Hon. Emmet G. Sullivan of Investigation Conducted Pursuant to the Court's Order, dated April 7, 2009, and an Addendum containing comments and objections to the Report which were provided to the undersigned by the subjects of the investigation, Joseph W. Bottini, James A. Goeke, Nicholas A. Marsh, Brenda K. Morris, Edward P. Sullivan and William W. Welch III, on March 8, 2012.

Respectfully submitted,

Henry F. Schuelke III (D.C. Bar no. 91579)
Special Counsel

William Shields (D.C. Bar no. 451036)
Janis, Schuelke & Wechsler

Washington, D.C.
Dated: March 15, 2012

# Attachment 4

## DEPARTMENT OF JUSTICE



## OFFICE OF
## PROFESSIONAL RESPONSIBILITY

## REPORT

Investigation of Allegations of Professional Misconduct
Against Former Assistant United States Attorneys Salvador
Perricone and Jan Mann, United States Attorney's Office
for the Eastern District of Louisiana

DECEMBER 20, 2013

NOTE: THIS REPORT CONTAINS INFORMATION FILED UNDER SEAL
IN *UNITED STATES V. BOWEN, ET AL.*, CR. NO. 10-204 (E.D. LA.), AS
WELL AS SENSITIVE AND CONFIDENTIAL INFORMATION.  DO NOT
DISTRIBUTE THE REPORT OR ITS CONTENTS WITHOUT THE PRIOR
APPROVAL OF THE OFFICE OF PROFESSIONAL RESPONSIBILITY.

Attachment 4

FEB - 6 2015

United State Court of Appeals
District of Columbia Circuit

USCA Case #14-5212      Document #1536553      Filed: 02/06/2015      Page 1 of 9

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    FEB - 6 2015

CLERK

David Andrew Christenson
RAND PAUL & FREEDOMWORKS, INC., ET AL.,
Plaintiff – Appellant
v.
UNITED STATES OF AMERICA
PRESIDENT BARACK OBAMA, ET AL.,
DEFENDATS – Appellee

Case 14-5212

### Memorandum 60

ObamaCare is the direct result of Federal Criminal Prosecutor Misconduct in the Senator Ted Stevens (criminally false) vacated conviction. Senator Ted Stevens lost the election and the result was a two vote swing in the US Senate in favor of ObamaCare. Criminal Conduct by the Department of Justice dictated America's National Policy. No criminal charges were filed against anyone in the Executive Branch. The two US Attorneys received less than a slap on the wrist. One received a 40 day suspension and the other a 15 day suspension (See attachment 1, page 5). The criminal conduct by the Department of Justice caused a major Constitutional Conflict and yet no one cared and no one was held accountable.

What is most amazing to me is that the Department of Justice wants you to believe that the Attorney General had no knowledge of how the prosecution of a sitting US Senator was going.

The Office of Professional Responsibility is a criminal organization that is task with protecting the Department of Justice by covering up criminal conduct.

How can an average citizen receive justice? Memorandum 61 is about my effort to receive justice form the Office of Professional Responsibility.

The Federal Judiciary did not demand Justice. Why?

Statement of Fact: The Federal Judiciary continually allows Federal Criminal Prosecutor Misconduct. The direct result is the criminal violation of the Constitutional/Constitution Rights of all Americans.

Congress did not take any action as well and this causes me great concern. Why did Congress not protect the American People? If Federal Criminal Prosecutor Misconduct happened to one of their own then it happens to all Americans. I am living proof of that and fellow Federal Whistleblower Coast Guard Commander William Goetzee is dead.

Attachment 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

KENNETH BOWEN                               NO. 10-204
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE                                SECTION "N" (1)

## ORDER AND REASONS

Before the Court is the Motion for New Trial (Rec. Doc. 963) originally urged by defendant

Arthur Kaufman, and joined in by the other defendants in this matter who were tried and convicted

in 2011 (hereinafter referred to as "Defendants" or "the defendants").[1] The government opposes this

motion. (Rec. Doc. 1007.) The Court heard oral argument on the defendants' motion on June 13,

2012 (Rec. Doc. 1020). A detailed recounting of subsequent events is set forth in this Court's Order

and Reasons dated November 26, 2012 (Rec. Doc. 1070). As an expected result of that Order, the

---

[1]   Kenneth Bowen, Robert Gisevius, Robert Faulcon and Anthony Villavaso, all former officers
with the New Orleans Police Department ("NOPD"), along with Kaufman. (Defendant Gerard Dugue filed
a similarly-based Motion to Dismiss (Rec. Doc. 1079), arguing many of the same grounds for the dismissal
of the pending charges against him. The Court does not rule on Dugue's motion herein.)

# Attachment 4

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Motion to Intervene
November 1st, 2017

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.

5

# Attachment 4

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.

TENDERED FOR FILING

NOV 0 6 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# Attachment 5

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson, Movant                    USCOADCC: 17-XXXXX
                                                    (Please assign)
United States of America                            DCDC Criminal Docket No. 1:17-cr-201
                                                    (ABJ/DAR)
             v.                                     Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III
Defendants

**Notice of Appeal**
**November 7th, 2017**

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 5

Chief Judge Beryl A. Howell
District Judge Emmet G. Sullivan
District Judge Colleen Kollar-Kotelly
District Judge James E. Boasberg
District Judge Amy Berman Jackson
District Judge Rudolph Contreras
District Judge Ketanji Brown Jackson
District Judge Christopher R. Cooper
District Judge Tanya S. Chutkan
District Judge Randolph D. Moss
District Judge Amit P. Mehta

I will file Motions to intervene in every case that Special Counsel Robert Mueller files. All I am asking is
that the Motion to intervene be docketed and reviewed. The Constitution, the First Amendment and
specifically the last sentence of the First Amendment gives me that **RIGHT**. Failure to docket my Motion
to intervene is censorship that harms all Americans. I will also appeal if I am not heard. The American
People deserve to know the truth.

Time and statistics are on my side. The truth will come out.

Trump will not allow Mueller to win. I feel as if Mueller was intentionally chosen because of his criminal
activities in New Orleans. A sick way of saying it is that Trump holds all the Trump cards.

We are talking the Genocide of Mankind. This is not a prediction or prophecy but a mathematical
certainty.

https://academyadmissions.academia.edu/DavidAndrewChristenson
https://www.academia.edu/

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

## COPY FOR THE JUDGE TO REFERENCE

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                          Criminal Docket No. 1:17-cr-201
                                                   (ABJ/DAR)
            v.                                     Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III

# Attachment 5

Defendants

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. <u>**Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.**</u> Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. <u>I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.</u> Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.
Attachment 3: Look very carefully at the names on the Non-Domestic Stay Away Order. I did not know 66 of the 74. One third were court clerks. Only two out of the 74 knew that they were included in the order, none of the others did and that included two US Senators. Mueller is on the list.
Attachment 4: I was represented, against my will, by a US Attorney who gave away all of my rights.
Attachment 5: A pleading that was docketed this week with the 5th Circuit. There is critical evidence in this pleading as to Mueller's criminal conduct.

# Attachment 5

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 5

Supreme Court Docket

https://www.supremecourt.gov/docket/docket.aspx?Search=&type=Docket

 Docket for 16A896

Title: In Re David Andrew Christenson, Applicant v.

In Re *David Andrew Christenson*, Applicant Application (16A896) for an extension of time within which to comply with the order of November 28, 2016, submitted to Justice Thomas.

 Docket for 16A612

Title: In Re David Andrew Christenson, Applicant v.

In Re *David Andrew Christenson*, Applicant Application (16A612) for an extension of time within which to comply with the order of December 5, 2016, submitted to The Chief Justice.

 Docket for 16-6345

Title: In Re David Andrew Christenson, Petitioner v.

In Re *David Andrew Christenson*, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 7, 2016)

 Docket for 16-6278

Title: In Re David Andrew Christenson, Petitioner v.

In Re *David Andrew Christenson*, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)

 Docket for 16-5869

Title: David Andrew Christenson, Petitioner v. United States

*David Andrew Christenson*, Petitioner United States Court of Appeals for the Fifth Circuit Petition for a writ of certiorari and motion for leave to proceed in forma Party name: *David Andrew Christenson*

 Docket for 14-10077

Title: In Re David Andrew Christenson, Petitioner v.

In Re *David Andrew Christenson*, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015)



**Attachment 5**

PACER Case Locator - View

**PACER Case Locator**

Browse Aloud

All Court Types Party Search
Sun Oct 16 15:15:21 2016
71 records found

User: chrldavbr1902
Client:
Search: All Court Types Party Search Name Christenson, David Andrew All Courts Page: 1

## Bankruptcy Results

| Party Name ▼ | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Christenson, David Andrew (db) | laebke | 2:04-bk-16808 | 7 | 11/23/2004 | 01/29/2007 | Discharge Not Applicable 04/04/2005 |

## Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 2 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2013-cr-00061 | 440 | 08/11/2013 | |
| 3 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2013-cr-00061 | 440 | 08/08/2013 | |
| 4 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cr-00292 | 440 | 02/18/2014 | |
| 5 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cr-01944 | 895 | 11/19/2014 | 09/07/2016 |
| 6 CHRISTENSON, DAVID ANDREW (mov) | dcdce | 1:2014-cr-00092 | 440 | 01/23/2014 | |
| 7 CHRISTENSON, DAVID ANDREW (dft) | dcdce | 1:1986-cr-00805 | 140 | 03/25/1986 | 03/04/1987 |

## Criminal Results

| Party Name ▼ | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 8 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | |
| 9 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 10 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 11 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 12 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 13 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 14 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 15 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 16 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 08/11/2010 | 12/09/2010 |
| 17 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 18 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 19 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/13/2016 |
| 20 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 08/11/2010 | 03/31/2011 |
| 21 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 22 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 11/21/2011 |
| 23 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 24 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 08/11/2010 | 02/06/2014 |
| 25 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 26 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 08/11/2010 | 12/09/2010 |
| 27 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 28 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 05/23/2012 |
| 29 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00299 | 12/02/2011 | 02/25/2014 |
| 30 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00011 | 01/18/2013 | 07/09/2014 |
| 31 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00154 | 08/11/2010 | 12/11/2013 |
| 32 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | |
| 33 Christenson, David Andrew (mov) | laedce | 2:2010-cr-00204 | 07/12/2010 | 04/20/2016 |
| 34 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 35 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 05/18/2012 |
| 36 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00299 | 12/02/2011 | 02/25/2013 |
| 37 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00099 | 07/29/2013 | 11/07/2013 |
| 38 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 09/12/2011 |
| 39 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00157 | 08/24/2011 | 03/12/2013 |
| 40 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 10/12/2016 |
| 41 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00140 | 06/04/2008 | 11/02/2011 |
| 42 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00299 | 12/02/2011 | 02/26/2013 |
| 43 Christenson, David Andrew (mov) | laedce | 2:2013-cr-00249 | 11/07/2013 | 02/06/2015 |
| 44 Christenson, David Andrew (mov) | laedce | 2:2008-cr-00374 | 11/06/2009 | 09/01/2011 |
| 45 Christenson, David Andrew (mov) | laedce | 2:2011-cr-00157 | 08/24/2011 | 03/12/2013 |
| 46 Christenson, David Andrew (mov) | laedce | 2:2009-cr-00374 | 11/06/2009 | 09/04/2014 |
| 47 Christenson, David Andrew (mov) | laedce | 2:2012-cr-00001 | 01/05/2012 | 07/18/2014 |

## Appellate Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 48 Christenson, David Andrew (pty) | 05cae | 13-31192 | 1 | 11/15/2013 | 12/11/2013 |
| 49 Christenson, David Andrew (pty) | 05cae | 13-31200 | 1 | 11/19/2013 | 02/13/2014 |
| 50 Christenson, David Andrew (pty) | 05cae | 13-31203 | 1 | 11/19/2013 | 04/15/2014 |
| 51 Christenson, David Andrew (pty) | 05cae | 13-31209 | 1 | 11/20/2013 | 04/15/2014 |
| 52 Christenson, David Andrew (pty) | 05cae | 13-31213 | 1 | 11/21/2013 | 04/15/2014 |
| 53 Christenson, David Andrew (pty) | 05cae | 13-31290 | 1 | 12/20/2013 | 04/15/2014 |
| 54 Christenson, David Andrew (pty) | 05cae | 13-31287 | 1 | 12/23/2013 | 04/15/2014 |

Receipt 10/16/2016 15:15:21 23632063

# Attachment 5

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Notice of Appeal
November 7th, 2017

Please reference the attached letter to District of Columbia District Court Judges concerning the criminal violation of my, and all Americans, Constitutional Rights to be Heard.

Special Counsel Robert Mueller criminally violated my Constitutional Rights and thus criminally violated all American's Constitutional Rights.

Mueller is a pathological criminal who is hell bent on destroying America. His cover up of what took place in New Orleans signals the end of our country. He is the trigger man that murdered Mankind.

Sincerely filed,
In Proper Person and Pro Se

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 7th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 6

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Paul J. Manafort and Richard W.
Gates III
Defendants

### Motion for Reconsideration

Please reference the attachments. Multiple courts have and will receive and docket the Motion to Intervene that I filed in this case. You can see the date time stamps.

The Constitution is very clear on my right to file a grievance. Your opinion about there being nothing in the criminal code that allows a third party to intervene is absolutely wrong and besides the Constitution is the law. Media organizations do it all the time. There are friends of court briefs and amicus briefs. During sentencing third parties file letters and recommendation. The First Amendment is the foundation for a fair and impartial judiciary. All I wanted was to be publicly heard so that the American People knew the truth about Robert Mueller. You censored me and thus all Americans. All you had to do was docket the pleading. I am directly connected to the Special Counsel and his criminal activities. I am also a contributing factor for all of the criminal cases that were connected to me in New Orleans of being overturned on appeal. What a waste of judicial resources, time and money. All you had to do was make the pleading public so that America could know the truth. You did not need to deny my motion because once it was publicly documented then I was through. I am asking you to reconsider because the pleading has and will be publicly docketed in other courts. Did you ever read the Horn report? You should.

**Godspeed**

Sincerely,

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Florida 32550**
**504-715-3086**
**davidandrewchristenson@gmail.com**
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE
I hereby certify that on November 16th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 6

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

    v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.

TENDERED FOR FILING

NOV 06 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# Attachment 6

Attachment 3: Look very carefully at the names on the Non-Domestic Stay Away Order. I did not know 66 of the 74. One third were court clerks. Only two out of the 74 knew that they were included in the order, none of the others did and that included two US Senators. Mueller is on the list.

Attachment 4: I was represented, against my will, by a US Attorney who gave away all of my rights.

Attachment 5: A pleading that was docketed this week with the 5th Circuit. There is critical evidence in this pleading as to Mueller's criminal conduct.


Sincerely filed,
In Proper Person and Pro Se

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
504-715-3086
davidandrewchristenson@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on November 1st, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 6

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

Renata Singleton, Marc Mitchell,
individually and on behalf of all others similarly situated,
Plaintiffs,

v.

Leon Cannizzaro, in his official
capacity as District Attorney of Orleans
Parish and in his individual capacity;
David Pipes, etc.
in their individual capacities;
Defendants.

Case No. 2:17-cv-10721-JTM-JVM

Complaint-Class Action with
Jury Demand

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 06 2017
              WP

WILLIAM W. BLEVINS
CLERK
```

### Notice of Appeal
### November 3rd, 2017

The attached evidence (copies) of my Motion to Intervene (filed with the District Court for the District of Columbia) and my Amended Motion to Accept Record Excerpts As Is and Without Change (filed with the 5th Circuit) are critical to my appeal and to the saving of Mankind from himself. The corruption has to stop and the Constitution needs to be strictly adhered too. Leon Cannizzaro flagrantly violates the Constitution on a daily basis. There is no accountability and the conclusion is the Genocide of Mankind.

Surely you can see the condition of the country. You read the same news as I do. Think about how many things are done in secret. Our government could not even release the JFK files on time after a 50-year notice.

What about the people you love? The Constitution was supposed to protect them. If there was justice Cannizzaro would be tried for Genocide and Crimes Against Humanity for what he did to your family and all Americans.

The cover up goes all the way to the top of our government and no one will stand up and fight them. Read the Declaration of Independence again.

I will continue the good fight for you and your family.

Here is one question for you, your children and grandchildren. Does this year's flu vaccine have: a. live viruses, b. dead viruses, c. both dead and live virus, or d. no viruses?

They call me crazy but at least I am not letting Donald Trump vaccinate my grandchildren like you are?

TENDERED FOR FILING that is taking their lives.

NOV 2 6 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

```
____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____
```

# Attachment 6

"On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.)  Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?"

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 7

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

Paul J. Manafort and Richard W.
Gates III
Defendants

Criminal Docket No. 1:17-cr-201
(ABJ/DAR)
Judge Amy Berman Jackson

Motion to Intervene
November 1st, 2017

It is imperative that the court entertain this Motion to Intervene. **Special Counsel Robert S. Mueller III is a criminal that uses whatever means possible, illegal and legal, to win a case.** Mueller has no credibility and it is very important that the court know that. Everything that I am presenting or stating is documented, factual and it can easily be confirmed. 99% of what I am presenting can be confirmed though court records. Mueller uses every means possible to intimidate witnesses and that includes incarcerating them. Mueller had an FBI Agent put a loaded gun, with the safety off and hammer cocked, to my head. The agent informed me that he could kill me and that nothing would happen to him. He told me to stop with my investigations or he would kill me.

In 2010 FBI Director Robert S. Mueller III had me classified as a terrorist. This criminal action was done so that he could invoke the Patriot Act for surveillance purposes. On March 15th, 2011 he had me arrested for cyber stalking an FBI Agent. **I WAS NEVER CHARGED WITH A CRIME. MUELLER HAD TO SILENCE ME. ALL OF THE CRIMINAL CASES THAT I FILED MOTIONS TO JOIN IN, WERE OVERTURNED ON APPEAL.** Mueller was directly responsible for the murder of Federal Whistleblower Coast Guard Commander William Goetzee. Mueller had him arrested in the same fashion that he used against me. During his court appearance he was strapped to a wheelchair and tased every time he tried to talk. Mueller publicly stated that Goetzee died by stuffing toilet paper down his throat. Four months before I was held in the same cell and there was no toilet or toilet paper. (EDLA Case 2:12-cv-01910-SSV-JCW)

I am a Federal Whistleblower who is extremely credible. I am an Air Force Academy grad with a Master's degree from the University of Arkansas that served his country with distinction as an Air Force Officer. My classmate from the Air Force Academy is the Secretary of the Air Force. The Vice Chairman of the Joint Chiefs of Staff was my classmate as well. The Chief of Staff of the Air Force was a year behind me. The Admiral in charge of the Navy SEALS is an Air Force Academy grad who was a year behind me. My cousin is Vice Admiral John Christenson and he is currently the Military Attaché to NATO. My roommate from the Air Force Academy is married to the Director of Finance and Accounting Services for the Department of Defense. I was in Black Ops and flew an assortment of Airplanes. I flew classified missions as well as support missions for the President, the White House, Secret Service, etc.

Attachment 1: This is the first press release after my arrest. All of my communications were done thought court filings and though official government email addresses.
Attachment 2: I was arrested on a Louisiana Warrant and not a Federal Warrant. They originally asked for a $500,000.00 bond. Look at items 3 and 9. Neither is a recommendation or condition of bond. In order to be released I had to leave the state and receive treatment for an unknown illness.

# Attachment 7

Attachment 3: Look very carefully at the names on the Non-Domestic Stay Away Order. I did not know 66 of the 74. One third were court clerks. Only two out of the 74 knew that they were included in the order, none of the others did and that included two US Senators. Mueller is on the list.

Attachment 4: I was represented, against my will, by a US Attorney who gave away all of my rights.

Attachment 5: A pleading that was docketed this week with the 5th Circuit. There is critical evidence in this pleading as to Mueller's criminal conduct.

Sincerely filed,
In Proper Person and Pro Se

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on November 1st, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

**Attachment 7**

New Orleans man booked on two counts of cyberstalking, TV station reports                    Page 1 of 1



Everything New Orleans

## New Orleans man booked on two counts of cyberstalking, TV station reports

**Times-Picayune Staff By Times-Picayune Staff**
**Follow on Twitter**
on March 17, 2011 at 8:26 AM, updated March 17, 2011 at 10:28 AM

A New Orleans man is in jail, booked on two charges of cyberstalking after he allegedly sent threatening e-mails to an FBI agent, **WDSU-TV reports.**



David Christenson, 53, was arrested Tuesday and remains jailed on a $300,000 bond, court records show.

Christenson allegedly sent the e-mails after an FBI agent interviewed him last month about "inappropriate" e-mails Christenson sent to judges and their employees, the station reports.

© 2013 NOLA.com. All rights reserved.

Orleans Parish
Sheriff's Office
David Christenson

Just what are inappropriate emails sent to official email addresses? Are inappropriate emails illegal? The 1st Amendment clearly states that an American has the right to petition the Government. NO CHARGES WERE EVER FILED AGAINST DAVID ANDREW CHRISTENSON. THE EMAILS WRRE NEVER SUBMITTED INTO THE COURT RECORD. THIS PRESS RLEASE WAS A MISTAKE BY THE DOJ AND JIM LETTEN.

# Attachment 7

STATE OF LOUISIANA                     ORLEANS PARISH CRIMINAL COURT

            VS                                       MAGISTRATE NO 522-477

DAVID CHRISTENSON

## BOND ORDER AND CONDITIONS OF BAIL

This matter came upon hearing this date, before this Honorable Court, for a Bond

Reduction Hearing. After hearing arguments and evidence the Court hereby orders bond

to be reduced to _____ $20, 000 .00 _____, and that the Defendant,

David Christenson is hereby ordered to, and Defendant, David Christenson, hereby

agrees and accepts the following Additional Conditions of Release:

1. Defendant is hereby ordered and hereby agrees to follow the orders of the Non-

    Domestic Stay Away Order signed by this Court and acknowledged and agreed to

    by Defendant on March 15, 20__ (a Copy of which is attached hereto);

2. Defendant is hereby ordered and hereby agrees to present himself to an in-patient

    facility for evaluation, and treatment as recommended by said facility on or before

    March 29, 2011;

3. Defendant is hereby ordered to not have access to the Internet;

4. Defendant is hereby ordered to cause the treatment facility to report Defendant's

    status and progress to the Court and the District Attorney every two (2) weeks and

    upon release of Defendant;

5. The Defendant is hereby ordered to cause the treatment facility to immediately

    report to the Court and the District Attorney should Defendant leave the facility;

6. The Defendant is hereby ordered to cause the treatment facility to give 48 hour

    advance notice of the release of the Defendant to the Court and the District

    Attorney;

7. The Defendant is hereby ordered to appear in this Court on the first Tuesday after

    his release from the treatment facility;

8. Defendant hereby agrees that should a capias or arrest warrant be issued for

    Defendant, David Christenson, hereby waives extradition to the State of Louisiana

    from any jurisdiction in or outside of the United States where he may be found.

# Attachment 7

9.  Defendant hereby agrees to waive and does waive the time delays as stated in Louisiana Code of Criminal Procedure (La.CCrP) Article 701, Section B. regarding bond obligations and time limits for institution of prosecution until March 15, 2012.

IT IS FURTHER ORDERED THAT should Defendant meet the obligations of the Bond Order as to amount and sign the Conditions of Bail; he shall be released no earlier than Saturday, March 26, 2011, at a time no later than 12 NOON.

SIGNED IN OPEN COURT ON THIS 25th DAY OF MARCH, 2011 IN NEW ORLEANS, LOUISIANA.

_____
MAGISTRATE, M - J

UPON MY RELEASE by the Orleans Parish Sheriff, I, DAVID CHRISTENSON, do hereby agree to the terms of the Conditions of Bail as stated above, including the Non-Domestic Stay Away Order previously issued on March 15, 2011. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

Signed on March 25, 2011 in New Orleans, Louisiana.

_____
David Christenson

# Attachment 7

| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS |
| DAVID CHRISTIAN,<br>Aka DAVID CHRISTENSON | MAG. NO. _____ |

### O R D E R

IT IS ORDERED that the defendant stay away from the protected persons listed below until all charges in this matter are concluded by refusal, plea of guilty, trial or dismissal. Specifically, the defendant is ordered:

- NOT to abuse, harass, stalk, follow or threaten the protected persons listed below,

- NOT to contact the protected persons personally, electronically, by phone, in writing, by email, by text message or through a third party or go within 100 feet of the protected persons,

- NOT to contact the protected persons' families personally, electronically, by phone, in writing, by email, by text message or through a third party,

- NOT to go to the residence or household of the protected persons, the protected persons' schools or the protected persons' place of employment,

Protected Persons:

| | |
|---|---|
| Amanda J Ballay | amanda_ballay@laed.uscourts.gov |
| Andrew Chow | andrew_chow@laed.uscourts.gov |
| Ann Virgadamo | ann_virgadamo@laeh.uscourts.gov |
| Anna Christman | usalse |
| Archbishop Aymond | Catholic 2, Catholic i |
| Bobbi Bernstein | Main DOJ |
| Brad Chauvin | |
| Brad Humphreys | brad_humphreys@laed.uscourts.gov |
| Brian Fair (USMS) | |
| Danielle Moore | danielle_moore@laed.uscourts.gov |
| David Vitter | david_vitter@vitter.senate.gov |
| David W Welker | david.welker@ic.fbi.gov |
| Dewayne J Horner | |
| Diana Surprenant | diana_surprenant@laed.uscourts.gov |
| Erin Arnold | erin_arnold@laeh.uscourts.gov |
| Forrest Christian | |
| Gail Chauvin | gail_chauvin@laed.uscourts.gov |
| Gary Schwabe | gary_schwabe@fd.org |
| Genny May | genny.may@usdoj.gov |



# Attachment 7

| | |
|---|---|
| Geraldine Williams | geraldine_williams@laed.uscourts.gov |
| Glenda Hassan | glenda_hassan@txs.uscourts.gov |
| Glenn Williams | williamsgl@adr.org |
| Gwen Hunter | gwen_hunter@laed.uscourts.gov |
| Joel Gheesling | jgheesling@keoplerspeakers.com |
| Jadon Bigelow | |
| James Crull | james_crull@laed.uscourts.gov |
| James Letten | james.letten@usdoi.gov |
| Jan Mann | jan.mann@usdoi.gov |
| Jason Bigelow | |
| Jennifer Rogers | jennifer_rogers@laed.uscourts.gov |
| John Clark | john.clark@usdoi.gov |
| Jonathan Zweig | jonathan_zweig@laed.uscourts.gov |
| Joseph Downing | |
| Joseph Escandon | joseph_escandon@laed.uscourts.gov |
| Joseph Lavigne | |
| Julia Evans | USALAE |
| Kelly Bryson | |
| Kelly Swonney | kelly_sweeney@cob.uscourts.gov |
| Mary Landrieu | senator@landrieu.senate.gov |
| Lexy Butler | lexy_butler@laed.uscourts.gov |
| Linda Kimes | linda_kimes@cob.uscourts.gov |
| Maria Soriano | sorianom@adr.org |
| Marilyn Shraberg | mshraberg@archdiocese-no.org |
| Marvin Opotowsky | marvin.opotowsky@usdoi.gov |
| Michael Milby | michael_milby@tx.uscourts.gov |
| Nancy Swan | nswan342@gmail.com |
| Neil Hurley | OPR |
| Ozanam Inn | inno@bellsouth.net |
| Pam Radosta | pam_radosta@laed.uscourts.gov |
| Pamela Angelette | pamela_angelette@laed.uscourts.gov |
| Pat Scherer | pat_scherer@laed.uscourts.gov |
| Pat Vance | pvance@joneswalker.com |
| Paula F McCants | |
| Ramsey Prather | ramsey_prather@laed.uscourts.gov |
| Rick Windhorst | rick_windhorst@laed.uscourts.gov |
| Robby Walsh | |
| Robert Bergeron | bob@crescentlide.com |
| Robert Lantz | robert_lantz@cob.uscourts.gov |
| Robert S Mueller III | robert.mueller@ic.fbi.gov |
| Gen. Russel Honore | russel.honore@gmail.com |
| Ruth Leard | ruth_leard@laed.uscourts.gov |
| Shelia Aslabranne | shelia_aslabranne@txs.uscourts.gov |
| Steve Woodring | steve_woodring@idas.la.gov |
| Steven Hartmann | steven.hartman@usdoi.gov |
| Steven P Rayes | srayes@leo.gov |
| Susan Adams | susan_adams@laed.uscourts.gov |
| Thomas Porteous | |
| Traci Munster | traci_munster@laed.uscourts.gov |
| Tracie L Washington | tlweso@cox.net |
| Victorian Wu | victorian_wu@laed.uscourts.gov |

# Attachment 7

Virginia Schluster
Walter Martin
William Alford          alford@law.harvard.edu
Scott Johnson

NEW ORLEANS, LOUISIANA, this the ___ day of _____ 20 __.

_____
Commissioner Harry Cantrell
Criminal District Court, Sec. "M-3"
Parish of Orleans

# Attachment 7

STATE OF LOUISIANA

VERSUS

*David A. Christenson*
*aka David Christian*

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS
MAG. NO. *212-499*

### NON-DOMESTIC STAY AWAY ORDER

NOW INTO COURT comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, respectfully moves the Court to issue a Non-Domestic Stay Away Order and Notice to Appear. This Order prohibits the defendant *David A. Christenson*, *aka Christian* date of birth *02-21-58* from communicating, directly or indirectly, with the victim, *als listed in order* date of birth _____ or the victim's family. Additionally, during the pendency of this Stay Away Order the defendant cannot own or possess a firearm. If the defendant violates this Stay Away Order or any of its provisions, the defendant may be arrested, bond may be revoked, a new bond required, and will be held in contempt of court, facing additional charges. If the Court requires the defendant to make a personal appearance concerning this Order, the defendant will do so promptly. If the defendant does not appear, an Order for Arrest will be issued.

This Stay Away Order remains in effect during the pendency of this case or unless and until lifted by the Judge and a minute entry indicating any such action.

### BY ORDER OF THE COURT

IT IS HEREBY ORDERED that the defendant immediately cease any and all communication with the victim and the victim's family during the pendency of this action and abide by all other terms of this Non-Domestic Stay Away Order.

_____
MAGISTRATE COMMISSIONER

NEW ORLEANS, LOUISIANA, THIS _*15*_ DAY OF *March*, 20 *11*

### DEFENDANT'S ACKNOWLEDGEMENT OF ORDER AND TERMS

UPON MY RELEASE from the Orleans Parish Criminal Sheriff's Office, I *David Christenson aka Christian* do hereby agree to the terms of this Non-Domestic Stay Away Order. I understand that if I fail to abide by the terms of this order, a warrant will be issued for my arrest. I have read and understand the above agreement and terms of my release.

_____
DEFENDANT

NEW ORLEANS, LOUISIANA, THIS _*15*_ DAY OF *March*, 20 *11*

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CELL PHONE: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NO. _____

# Attachment 7

State of Louisiana                                          Orleans Parish Criminal Court
Vs.
David Christenson                                          Magistrate No. 522-477

**Memorandum**
Reference: Billy Gibbens, Sara Johnson and Schonekas Evans McGoey and McEachin, LLC.

Question directed to Billy Gibbens on March 19th, 2011 by David Christenson, defendant. **Billy, are you working for the Department of Justice?** Silence, dead silence. No response. The meeting ended. David Christenson never retained Billy Gibbens, Sara Johnson or the Schonekas Evans McGoey and McEachin Law firm (Now known as "The Rogue Attorneys"). There was never a verbal, written or implied agreement. The actions of "The Rogue Attorneys" were criminal. Irreparable, devastating and irreversible harm was caused to David Christenson. Billy Gibbens did everything he could to scare and intimate the defendant's wife, 76 year old father from Iowa (he paid the retainer) and brother.

"The Rogue Attorneys" acted without authority. See attachment 1 (A bill), page 1, line 03/18/2011. (Arrested 03/15/2011) David Christenson never authorized this sadistic course of action. There was no "bond reduction hearing" (Judge Marullo). David Christenson spoke with Billy Gibbens for less than 30 seconds that day. This was their first meeting. David Christenson informed Billy Gibbens that he did not have the authority to act on his behalf. The Department of Justice wanted the "psychiatric treatment" so that David Christenson would be discredited. Billy Gibbens was representing the Department of Justice. No sane person would ever authorize such an incrementing and sadistic plan. The $300,000.00 bond was a record for the Orleans Parish Criminal Court for a non-violent, non-domestic and non-drug misdemeanor for which the defendant had not and has not been charged. The bond should have been $10,000.00 or "own recognizance". "The Rogue Attorneys" put a plan in motion without ever meeting with David Christenson, which is confirmed by the bills.

Why was there a "motion to withdraw" hearing? David Christenson had not retained "The Rogue Attorneys". There was no "motion to withdraw" hearing for Meredith Angelo, the public defender. The case was not at issue since no charges had been filed. Why was the hearing held in front of Magistrate Hansen? This seems very odd since Commissioner Cantrell was the presiding court official.

Billy Gibbens and Sara Johnson never asked about what happened. This needs to be repeated: Billy Gibbens and Sara Johnson never asked about the case or the background. In fact they intentionally stayed away from it. A review of their bills will confirm this fact. Their only goal was to have David Christenson committed for a year. They actually put this is writing in a letter to David Christenson. See the bond as well. **David Christenson did not commit a crime!** Why would "The Rogue Attorneys" not care about this fact? Simple, they represented the Department of Justice. Please review the bond and the non-domestic stay away order. "The Rogue Attorneys" gave away all of David Christenson's Constitutional and Civil Rights. 74 people are listed on the non-domestic stay away order. None of them have filed affidavits as is required by law. David Christenson does not know 66 of them. Senators Vitter and Landrieu are listed. Why? Why no internet? This is a First Amendment Privilege. The DOJ wanted David Christenson to stop his investigation of the Katrina Virus and the resulting Genocide and Murder as well the Federal Cover-Up of the Danziger Bridge Executions.

Sincerely Filed Pro Se by,

David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086

# Attachment 7

SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C.
850 Poydras Street, Suite 2105
New Orleans, LA 70130
Telephone: 504/680-6050
Telecopier: 504/680-6051
Tax ID No. 72-1435549

David Christenson
842 Camp Street
New Orleans LA 70130

Page: 1
04/08/2011
OUR FILE NO:    1013-1971M
Statement No:    1

State of Louisiana v. Christenson

FEES

| | | HOURS | |
|---|---|---|---|
| 03/17/2011 | | | |
| WPG | telephone conference with Mr. Washington; telephone conference with Mr. Andrew Christenson; research regarding case status; review articles; meet with Mr. Andrew Christenson and Mr. Chris Christenson; meet with Mrs. Christenson; | 3.00 | 720.00 |
| 03/18/2011 | | | |
| WPG | meet with Mr. Andrew Christenson, Mr. Chris Christenson and Mrs. Christenson; attend hearing at Criminal District Court; conference with Ms. Mills regarding obtaining psychiatric treatment; travel to Orleans Parish Prison to meet with Mr. David Christenson; locate Mr. David Christenson in court; attend bond reduction hearing; meet with Mr. David Christenson; telephone conference with Mr. Chris Christenson; meet with Mr. Andrew Christenson, Mr. Chris Christenson and Mrs. Christenson; | 5.00 | 1,200.00 |
| SAJ | locate Mr. Christenson; telephone conference with District Attorney's office; leave message for Assistant District Attorney Bourgeois; | 0.50 | 80.00 |
| ECM | conference with Mr. Gibbens; locate in-patient treatment center; telephone conference with West Jefferson representative; telephone conference with Ochsner; telephone conference with Oceans Specialty Hospital; telephone conference with River Oaks; telephone conference with Palmetto; telephone conference with Twelve Oaks; further telephone conference with Ms. | | |

# Attachment 7

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

### Amended Motion to Accept Record Excerpts As Is and Without Change
### October 28th, 2017

Appeal from the United States District Court, Eastern District of Louisiana Case
2:10-md-02179-CJB-SS

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL.,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant – Appellant

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

1

Case: 16-30918   Document: 00514216429   Page: 2   Date Filed: 10/30/2017

# Attachment 7

The Supreme Court, 5th Circuit, EDLA District Court and all other Federal Courts keep secret and sealed dockets which are kept from the public. This is the most heinous violation of the First Amendment that I know of. This is true censorship and it harms all Americans. The Federal Courts were designed and enacted to protect the Constitution, not to destroy it.

I don't have access to the secret and sealed dockets.

Please see the attached pleading titled: *"Order (33) January 10th, 2017"*. This clearly shows that I asked the EDLA District Court for help. Attachment 1.

I put *"Please do not seal this pleading"* in the titles of my pleadings along with the date. The EDLA District Court proactively entered my pleadings differently than all other pleadings. The Court intentionally disguised and sealed my pleadings which is a criminal violation of the First Amendment. Attachment 2 is an example.

Reference Attachment 3. EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 1 of 276 The EDLA District Court combine some of my pleadings in the public docket with this 276-page filing. I filed a cover pleading(s) with the following: *"The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court."* Review the docket entry. Each pleading should have received its own docket entry. Please review and you will see what I am talking about. The pleadings were clearly differentiated.

The following pleading was mailed to the EDLA District Court on August 18th, 2016. The date is listed in the title.

*Motion to Reopen the Settlement and to increase the Settlement to 20 Trillion Dollars*
*Motion to Create a 20 Trillion Dollar Medical Settlement*
*Motion for Punitive (Treble) Damages (120 Trillion Dollars)*
*Motion to add the United States of America and the United Kingdom (Britain) as Defendants*
*The American People deserve to know the truth so please do not Seal this pleading.*
*August 18th, 2016*

2

# Attachment 7

The pleading can also be found in the following dockets as an individual pleading
or as part of a package of pleadings.

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 1 of
276 (This pleading and combination of pleadings clearly demonstrates the
herculean effort that I made to seek justice for myself, the other plaintiffs and all
Americans. Each one of the pleadings was properly served/mailed via first class
USPS mail to the EDLA District Court.)

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 14
of 276

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 115
of 276

5th Circuit Case 16-30918 Document 00513737661 Page: 2 Filed: 10/27/2016

5th Circuit Case: 16-30918 Document: 00513662029 Page: 2 Date Filed:
09/01/2016

### MEMORANDUM CONCERNING THE NON- RESPONDENT/DEFENDANT BP EXPLORATION & PRODUCTION INCORPORATED, BP AMERICAN PRODUCTION COMPANY INCORPORATED AND BP P.L.C. WAIVER FILED IN WRIT OF CERTIORARI 16-5869 (WAIVER FILED BY JEFFERY BOSSERT CLARK OF THE KIRKLAND & ELLIS LAW FIRM) (EXTRAORDINARY WRIT WITH WRIT OF MANDAMUS AND WRIT OF PROHIBITION.)

EDLA Case 2:10-md-02179-CJB-JCW Document 22555 Filed 04/03/17 Page 106
of 276

5th Circuit Case 16-30918 Document 00513737661 Page: 4 Filed: 10/27/2016

5th Circuit Case: 16-30918 Document: 00513859562 Page: 1 Date Filed:
01/25/2017

Attachment 4 is a letter to Chief Justice John Roberts. I could not invent what the
Chief Justice did. Both he and the Supreme Court criminally violated the
Constitutional Rights of all Americans. It was intentionally done in an
unprofessional and childish manner.

# Attachment 7

**Godspeed.**

**Sincerely,**

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Florida 32550**
**504-715-3086**
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

4

# Attachment 7
# Attachment 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                                  MDL No. 2179
"Deepwater Horizon" in the Gulf                            SECTION: J
of Mexico, on April 20, 2010                                  JUDGE BARBIER
Case 2:10-md-02179-CJB-SS                               MAGISTRATE SHUSHAN

**Order (33)**
**January 10th, 2017**

The 5th Circuit has ordered the designation of the record for my appeal. Please order the clerk to provide
me a copy of all my pleadings and an affidavit stating that the opposing parties never filed a response,
any response. Please order this in the interest of Justice so that I may proceed with an accurate record.
The court has sealed all my pleadings and never provided any notification. I am unable to file
electronically which is prejudicial, censorship and it denies my First Amendment Rights.

This was cut and pasted from the 5th Circuit Pacer notification:
(cmecf_caseprocessing@ca5.uscourts.gov)
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys
of record and parties in a case (including pro se litigants) to receive one free electronic copy of all
documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees
apply to all other users. To avoid later charges, download a copy of each document during this first
viewing.

Due to harassment by the Department of Justice please provide the electronic record to the following
two email addresses and resend the information a second time. The 5th Circuit provides this service
because of the problems that I have had.
davidandrewchristenson@gmail.com
davidandrewchristenson@hotmail.com

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
504-715-3086

## Attachment 2

## Attachment 2

## Attachment 2

The attorneys for the plaintiffs have committed malpractice.

# Attachment 7

# Attachment 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

MDL No. 2179
SECTION: J
JUDGE BARBIER
MAGISTRATE SHUSHAN

FILED   APR 03 2017

WILLIAM W. BLEVINS
CLERK

Memorandum
March 31st, 2017

The 5th Circuit has directed me to file the attached Appellate Pleading with the District Court.

Godspeed,
Sincerely,



David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
davidandrewchristenson@gmail.com
504-715-3086

I certify that all parties and then some were noticed by email on March 31st, 2017.

TENDERED FOR FILING

APR 03 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case: 16-30918      Document: 00514216429     Page: 9     Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

Chief Justice John Roberts                                          July 28th, 2016
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Jane Sullivan Roberts
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443386174002634

Justice Roberts and Mrs. Roberts,

My job/penance here on earth was to recruit the two of you to help save Mankind on behalf of God. The two of you were my biggest failure. How hard could it be to recruit people who profess to being on God's team? The denial of God was absolute and unanimous by everyone that I attempted to recruit. Nobody's position on earth will protect them from God's wrath.

For your records this is a synopsis of just one of our interactions and it is the most important and telling of how Mankind lost. The two of you have intentionally harmed Mankind. History and God will judge you. I always thought of myself as a messenger but in fact I am a historian and recruiter whose job it is to document the "why and how" of the Genocide of Mankind. If you truly believe in God, then you have a lot to fear. There will be no defense to your defenseless position.

On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.) Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?

History will write that Mankind voluntarily committed suicide without cause all while praying for a miracle. The tragedy is that Mankind is the miracle. Mankind was praying to continue with their destructive manner that was accepted by society.

# Attachment 7
# Attachment 4

This is a quote that I attribute to Chief Justice John Roberts: "Let us live by murdering ourselves".


Thank you.
Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550
504-715-3086
davidandrewchristenson@gmail.com

# Attachment 7

## Attachment 4

USPS.com® – USPS Tracking®

Register / Sign In

## 🚚USPS.COM®

## USPS Tracking®

📨 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9305513443369174662634

**...ms**
Expected Delivery Day: Friday, June 24, 2016

## Product & Tracking Information

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail 2-Day™ | Insured | USPS Tracking® |

**Available Actions**

Text Updates

Email Updates

| June 24, 2016 , 5:19 pm | Delivered, In/At Mailbox | WASHINGTON, DC 20005 |
|---|---|---|
| June 24, 2016 , 8:35 am | Arrived at Post Office | WASHINGTON, DC 20018 |
| June 24, 2016 , 12:27 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20005 |
| June 22, 2016 , 7:08 pm | Arrived at USPS Origin Facility | PENSACOLA, FL 32502 |
| June 22, 2016 , 4:03 pm | Departed Post Office | MIRAMAR BEACH, FL 32550 |
| June 22, 2016 , 11:28 am | Acceptance | MIRAMAR BEACH, FL 32550 |

## Track Another Package

Tracking (or receipt) number

_____   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS › 

# Attachment 7
## Attachment 4



# Attachment 7
# Attachment 4



Case: 16-30918    Document: 00614216429    Page: 14    Date Filed: 10/30/2017

# Attachment 7
# Attachment 4

i spoke with Jane Roberts this morning (07/08/16)

from: David Andrew Christenson <davidandrewchristenson@gmail.com>
to: jroberts@wiaglobal.com
date: Fri, Jul 8, 2016 at 6:17 AM
subject: Thank you for talking to me this morning.
mailed-by: gmail.com

Thank you for talking to me this morning.

Jane,

I was surprised that you answered your office phone at 6:00 AM. It was my intention to leave you a
voice mail asking you to read this NY Times article: Suicide Rate Among Veterans Has Risen Sharply Since
2001
By DAVE PHILIPPSJULY 7, 2016
http://www.nytimes.com/2016/07/08/us/suicide-rate-among-veterans-has-risen-sharply-since-
2001.html?emc=edit_th_20160708&nl=todaysheadlines&nlid=65460936&_r=0
The suicide rate among veterans has surged 35 percent since 2001, driven in part by sharp increases
among those who have served since 2001, according to the largest study of such suicides. Of particular
concern is the suicide rate among women, which has increased 85 percent in that time.

It has been a tough 48 hours for America with the Clinton hearing, the deaths of two black men, the six
police officers that were murdered in Dallas and now the confirmation of what I have been talking about
with the suicides of our veterans.

I reached out to you because it says on your public webpage that you are one of the 50 most powerful
women lawyers in Washington. I am asking for your help in saving mankind.

My heart bleeds for my fellow veterans. Please accept my apology. It is hard for me not to do everything
possible for my fellow man.

Godspeed.
David Andrew Christenson
504-715-3086

July 8th, 2016 6:02 AM 1:15

# Attachment 7
# Attachment 4

Jane Sullivan Roberts                                    June 22th, 2016
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443866174002634

Jane,

Please return if you decide that you cannot help. I am asking you for help because you are an American,
attorney, mom, mom with adopted children, Christian, Catholic, activist, you believe in "The Right to
Life", etc. My two books that were removed from the Library of Congress are enclosed. I signed both
books for you.

As an attorney you could get my Writ docketed and set for conference. Please let me know one way or
another. I am asking on behalf of your children and future grandchildren.

The 5th Circuit denied my En Banc hearing petition.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com

# Attachment 7
# Attachment 4

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix

Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 6374

Miramar Beach, Florida 32550

www.persimmonpublishingus.com

www.thereluctantpatriot.com

**An Epic Constitutional Crisis.** I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 7
# Attachment 4

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com
www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

A quest for justice. What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice. At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

# Attachment 7
# Attachment 4

### Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

I was declared a terrorist by the Department of Justice. I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addresses (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishing.com
www.thereluctantpatriot.com

Case: 16-30918    Document: 00514216429    Page: 19    Date Filed: 10/30/2017

## Attachment 7





UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | Criminal Docket No. 1:17-cr-232 |
| v. | Judge Rudolph Contreras |
| Michael T. Flynn | |
| Defendant | |

Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief

I have been warning you about this for years. The criminal activity by the Department of Justice in New Orleans during and after Hurricane Katrina has spread.

**<u>MUELLER IS POISONOUS FRUIT FROM A POISONOUS TREE. (FBI Agent William Bezak was trained by Mueller and look at what he did. Mueller was in direct control of the Danziger and Glover investigations.)</u>**

**<u>THE AMERICAN PEOPLE DESERVE BETTER. They deserve the truth and justice.</u>**

Math and time will expose the truth, the crimes and the Genocide of Mankind. There is no escape. Trump is a rabid dog and he will do whatever it takes to save himself.

The Federal Judiciary has failed to protect the Constitution and thus the American People.

Where there is smoke there is fire.
The spotlight is constantly being moved away from the truth.
The cover-up accelerates, exponentially, in its growth.

House Intel committee threatens DOJ, FBI with contempt in Russia election meddling probe
By Andrea Noble - The Washington Times - Sunday, December 3, 2017
https://www.washingtontimes.com/news/2017/dec/3/house-intel-committee-threatens-doj-fbi-with-conte/
House Republicans could draft a resolution to hold Deputy Attorney General Rod Rosenstein and FBI Director Christopher Wray in contempt of Congress as soon as Monday for failure to turn over documents sought as part of an intelligence committee investigation.
The move comes after what House Permanent Select Committee on Intelligence Chairman Devin Nunes describes as months of stonewalling on the part of the Justice Department and the FBI as his panel sought access to records related to federal investigators' use of the salacious Trump dossier compiled by British ex-spy Christopher Steele.
Mr. Nunes said the agencies suddenly became more forthcoming with some information when it was reported over the weekend that special counsel Robert Mueller had removed one of the FBI's top Russian counterintelligence investigators from his team after an internal probe found the agent had sent messages that showed possible bias for Hillary Clinton and against President Trump.
According to the special counsel's office, Peter Strzok, who led the investigation of Mrs. Clinton's email server in 2016, left the special counsel's team last summer. He sent the text messages to Lisa Page, an FBI lawyer who also left the Mueller investigation this past summer.

**Do you really believe that Mueller removed a top aid over a text message? NOT A CHANCE IN HELL. THE DOJ DID NOT REMOVE THE US ATTORNEYS THAT POSTED COMMENTS ON THE WORLD WIDE WEB AND INTERNET THAT SWAYED PUBLIC OPINION AND FEDERAL JUDGES!!! Aske Judge Kurt Engelhardt.**

Mueller Removed Top Agent in Russia Inquiry Over Possible Anti-Trump Texts
By MICHAEL S. SCHMIDT, MATT APUZZO and ADAM GOLDMANDEC. 2, 2017
https://www.nytimes.com/2017/12/02/us/politics/mueller-removed-top-fbi-agent-over-possible-anti-trump-texts.html
WASHINGTON — The special counsel, Robert S. Mueller III, removed a top F.B.I. agent this summer from his investigation into Russian election meddling after the Justice Department's inspector general began examining whether the agent had sent text messages that expressed anti-Trump political views, according to three people briefed on the matter.
The agent, Peter Strzok, is considered one of the most experienced and trusted F.B.I. counterintelligence investigators. He helped lead the investigation into whether Hillary Clinton had mishandled classified information on her private email account, and then played a major role in the investigation into links between President Trump's campaign and Russia.
But Mr. Strzok was reassigned this summer from Mr. Mueller's investigation to the F.B.I.'s human resources department, where he has been stationed since. The people briefed on the case said the transfer followed the discovery of text messages in which Mr. Strzok and a colleague reacted to news events, like presidential debates, in ways that could appear critical of Mr. Trump.

New Orleans is at the center of a key federal pursuit
Updated on August 8, 2011 at 11:34 AM Posted on August 8, 2011 at 11:00 AM
By Brendan McCarthy, The Times-Picayune
http://www.nola.com/crime/index.ssf/2011/08/new_orleans_is_at_the_center_o.html
In January 2009, Bernstein teamed with agents from the local FBI office. They held a voluntary interview with NOPD Sgt. Arthur Kaufman, who had handled the police investigation. He offered a narrative of events that seemed to clash with the facts, raising red flags with William Bezak, a young FBI agent who had been named lead investigator.
Bezak was a mechanical engineer by trade who before joining the FBI had helped test and fine-tune military helicopters. The New Jersey native's first posting out of the academy in summer 2006 was New Orleans. He was chosen for the Danziger case because he was young, energetic and highly organized, his boss, Welker recalled. And, perhaps most important, Bezak had no allegiances to anyone in local law enforcement; he knew no NOPD officers. He had only a "very vague" understanding of the shooting when he began.

RULE OF LAW
Trump Court Nominee Upheld Rights of Police Against Holder DOJ Misconduct
BY J. CHRISTIAN ADAMS SEPTEMBER 29, 2017
https://pimedia.com/jchristianadams/2017/09/29/trump-court-nominee-defended-rights-police-holder-doj-misconduct/
President Trump has nominated a slate of solid picks for the federal bench, including a new list of nominees this week. Among them is Kurt D. Engelhardt. Trump nominated Engelhardt to the Fifth Circuit Court of Appeals, a district that covers the area from Alabama to the Rio Grande. Engelhardt already serves as a United States District Court judge in New Orleans. Engelhardt will be familiar to PJ Media readers. He is the judge who wrote a scathing 129-page order blistering the misconduct of lawyers at the Justice Department's Civil Rights Division and the local New Orleans U.S. Attorney's Office in a prosecution

Clerk Angela D. Caesar                                        December 4th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be to late for Justice to be served.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Judge Merrick B. Garland                                    December 4th, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be too late for justice to be served.

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Judge Beryl A. Howell                                    December 4th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be too late for justice to be served.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Judge Amy Berman Jackson                                        December 4th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

The clock is ticking. It might be too late for justice to be served.


Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Clerk Mark Langer                                    December 1st, 2017
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

Please review. Look at what Judge Jackson did to my Notices of Appeal and compare that to her docket
entry of November 29th, 2017. She acted as an Appeal Judge and a District Court Judge and denied both
of my Notices of Appeal. Why does she state in the entry that I can appeal? Why did she lie about the
pleadings? I take responsibility for what I do.

One day you will have to get into this war and not be standing on the sidelines watching the demise of
Mankind.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

FROM: Christensen
Box 9063
Mia Palm Ave Beach, FL
32550

TO: Clerk
DC Court
333 Constitution Ave NW
Washington, DC
20001

**MAIL**

9505 5134 4387 8024 2361 51

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

USED INTERNATIONALLY,
STOMS DECLARATION
L MAY BE REQUIRED.

**UNITED STATES POSTAL SERVICE®**

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

0001000014