UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:18-cv-00011 (ABJ)

Paul J. Manafort Jr.
Plaintiff

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

v.

*Leave to file granted
Docket as
Supplemental Memo
In Support of
Motion to Intervene*

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Second Supplemental Motion to Intervene and Join

Please incorporate the attached letters to the District of Columbia and Eastern District of Virginia Special Grand Juries that were convened by Special Counsel Robert Mueller, the results of this week's influenza and pneumonia mortality surveillance results from the CDC https://www.cdc.gov/flu/weekly/index.htm and the 11 page docket from my appeal against the government.

Time and math are on may side. The truth will come out. We are witnessing the Genocide of Mankind at his own hand.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on January 26th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

JAN 2 9 2018

The first page is the results of this week's influenza and pneumonia mortality surveillance results from the CDC.
https://www.cdc.gov/flu/weekly/index.htm
The results are for the week ending January 6th, 2018. Remember that it is the CDC that sets the rate for what we call an epidemic. Influenza and pneumonia, Alzheimer's, suicide, murder(s)-suicide will be the top three causes of death in the near future and all are tied to the destruction of our immune system.

**America is 26% above the epidemic level that is set by your government through the CDC. According to International Standards we are at Pandemic levels.**

## Pneumonia and Influenza (P&I) Mortality Surveillance:

Based on National Center for Health Statistics (NCHS) mortality surveillance data available on January 25, 2018, 9.1% of the deaths occurring during the week ending January 6, 2018 (week 1) were due to P&I. This percentage is above the epidemic threshold of 7.2% for week 1.

Background: Weekly mortality surveillance data include a combination of machine coded and manually coded causes of death collected from death certificates. Percentages of deaths due to P&I are higher among manually coded records than more rapidly available machine coded records. Due to the additional time needed for manual coding, the initially reported P&I percentages may be lower than percentages calculated from final data. Previous longer backlogs in manual coding have been resolved and death records are now coded within 10 days from receipt of a death record by NCHS.

Region and state-specific data are available at http://gis.cdc.gov/grasp/fluview/mortality.html.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

General Docket
United States Court of Appeals for District of Columbia Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 14-5207<br>**Nature of Suit:** 2440 Other Civil Rights<br>Larry Klayman, et al v. Barack Obama, et al<br>**Appeal From:** United States District Court for the District of Columbia<br>**Fee Status:** IFP Pending USCA | **Docketed:** 08/28/2014<br>**Termed:** 03/04/2015 |

**Case Type Information:**
  1) Civil US
  2) United States
  3)

**Originating Court Information:**
  **District:** 0090-1 : 1:14-cv-00092-RJL                                                              **Lead:** 1:14-cv-00092-RJL
  **Trial Judge:** Richard J. Leon, U.S. District Judge
  **Date Filed:** 01/23/2014
  **Date Order/Judgment:**                 **Date NOA Filed:**
  07/30/2014                               08/22/2014

**Prior Cases:**
  None

**Current Cases:**
|  | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidation | 14-5207 | 14-5208 | 09/08/2014 | |
|  | 14-5207 | 14-5209 | 09/08/2014 | |

**Panel Assignment:**    Not available

---

| | |
|---|---|
| Larry Elliott Klayman, On behalf of himself and all others similarly situated<br>　　　　Plaintiff - Appellee | Larry Elliott Klayman<br>Direct: 310-595-0800<br>Email: leklayman@gmail.com<br>Fax: 310-275-3276<br>[COR LD NTC Retained]<br>Klayman Law Firm<br>Firm: 310-595-0800<br>2020 Pennsylvania Avenue, NW<br>Suite 345<br>Washington, DC 20006 |
| Charles Strange, On behalf of himself and all others similarly situated<br>　　　　Plaintiff - Appellee | Larry Elliott Klayman<br>Direct: 310-595-0800<br>[COR LD NTC Retained]<br>(see above) |
| Mary Ann Strange, On behalf of herself and all others similarly situated<br>　　　　Plaintiff - Appellee | Larry Elliott Klayman<br>Direct: 310-595-0800<br>[COR LD NTC Retained]<br>(see above) |
| Matt Garrison, On behalf of himself and all others similarly situated<br>　　　　Plaintiff - Appellee | Larry Elliott Klayman<br>Direct: 310-595-0800<br>[COR LD NTC Retained]<br>(see above) |
| Michael Ferrari, On behalf of himself and all others similarly situated<br>　　　　Plaintiff - Appellee | Larry Elliott Klayman<br>Direct: 310-595-0800<br>[COR LD Retained]<br>(see above) |
| David Andrew Christenson<br>　　　　Movant - Appellant | David Andrew Christenson<br>Direct: 504-715-3086<br>Email: dchristenson6@hotmail.com<br>[NTC Pro Se] |

|  |  |
|---|---|
|  | PO Box 9063<br>Miramar Beach, FL 32550 |
| v. |  |
| Barack Hussein Obama, Individually and in his professional capacity<br>                Defendant - Appellee | H. Thomas Byron, III, Attorney<br>Email: H.Thomas.Byron@usdoj.gov<br>[COR LD NTC Gvt US DOJ]<br>U.S. Department of Justice<br>(DOJ) Civil Division, Appellate Staff<br>Firm: 202-514-2000<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Henry Charles Whitaker, Attorney<br>Email: henry.whitaker@usdoj.gov<br>[COR LD NTC Gvt US DOJ]<br>U.S. Department of Justice<br>(DOJ) Civil Division, Appellate Staff<br>Firm: 202-514-2000<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Eric H. Holder, Jr., Individually in his capacity as former U.S. Attorney General<br>                Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above)<br><br>Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above)<br><br>DOJ Appellate Counsel<br>Email: civil.appellate@usdoj.gov<br>[NTC Gvt US DOJ]<br>U.S. Department of Justice<br>(DOJ) Civil Division, Appellate Staff<br>Firm: 202-514-2000<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Loretta E. Lynch, In her professional capacity as U.S. Attorney General<br>                Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above)<br><br>Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| Keith B. Alexander, Individually and in his professional capacity, Director of the National Security Agency<br>                Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above)<br><br>Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| Roger Vinson, Individually and in his professional capacity, Judge, U.S. Foreign Intelligence Surveillance Court<br>                Defendant - Appellee |  |
| James R. Clapper, Jr., Individually and in his professional capacity, Director of National Intelligence<br>                Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above)<br><br>Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| John O. Brennan, Individually and in his professional capacity, Director of National Intelligence | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ] |

| | |
|---|---|
| Defendant - Appellee | (see above) |
| | Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| James B. Comey, Individually and in his professional capacity, Director of the Federal Bureau of Investigation<br>Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| | Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| National Security Agency<br>Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| | Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| United States Department of Justice<br>Defendant - Appellee | |
| Federal Bureau of Investigation<br>Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| | Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| Central Intelligence Agency<br>Defendant - Appellee | H. Thomas Byron, III, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |
| | Henry Charles Whitaker, Attorney<br>[COR LD NTC Gvt US DOJ]<br>(see above) |

Larry Elliott Klayman, On behalf of himself and all others similarly situated; Charles Strange, On behalf of himself and all others similarly situated; Mary Ann Strange, On behalf of herself and all others similarly situated; Matt Garrison, On behalf of himself and all others similarly situated; Michael Ferrari, On behalf of himself and all others similarly situated,

                Plaintiffs - Appellees

David Andrew Christenson,

                Movant - Appellant

    v.

Barack Hussein Obama, Individually and in his professional capacity; Eric H. Holder, Jr., Individually in his capacity as former U.S. Attorney General; Loretta E. Lynch, In her professional capacity as U.S. Attorney General; Keith B. Alexander, Individually and in his professional capacity, Director of the National Security Agency; Roger Vinson, Individually and in his professional capacity, Judge, U.S. Foreign Intelligence Surveillance Court; James R. Clapper, Jr., Individually and in his professional capacity, Director of National Intelligence; John O. Brennan, Individually and in his professional capacity, Director of National Intelligence; James B. Comey, Individually and in his professional capacity, Director of the Federal Bureau of Investigation; National Security Agency; United States Department of Justice; Federal Bureau of Investigation; Central Intelligence Agency,

                Defendants - Appellees

| Date | Doc | Description |
|---|---|---|
| 08/28/2014 | | US CIVIL CASE docketed. [14-5207] [Entered: 08/28/2014 10:37 AM] |
| 08/28/2014 | 41 pg, 1.25 MB | NOTICE OF APPEAL filed [1509736] by David Andrew Christenson seeking review of a decision by the U.S. District Court in 1:14-cv-00092-RJL. Assigned USCA Case Number [14-5207] [Entered: 08/28/2014 10:37 AM] |
| 08/28/2014 | 8 pg, 626.53 KB | CLERK'S ORDER filed [1509742] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 09/29/2014, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5207] [Entered: 08/28/2014 10:40 AM] |
| 08/28/2014 | | FIRST CLASS MAIL SENT [1509745] of order [1509742-2] to appellant [14-5207] [Entered: 08/28/2014 10:50 AM] |
| 08/28/2014 | | CERTIFIED MAIL SENT [1509746] with return receipt requested [Receipt No.7007 0710 0004 7190 2409] of order [1509742-2]. Certified Mail Receipt due 09/29/2014 from David Andrew Christenson. [14-5207] [Entered: 08/28/2014 10:51 AM] |
| 09/05/2014 | 50 pg, 2.21 MB | MOTION filed [1511029] by David Andrew Christenson to stay underlying case (Response to Motion served by mail due on 09/15/2014) [Service Date: 08/31/2014 by Email] Pages: 1-10. [14-5207] [Entered: 09/08/2014 11:38 AM] |
| 09/05/2014 | | CERTIFIED MAIL RECEIPT [1511044] RECEIVED from R. Christenson [signed for on 09/02/2014] for order [1509746-2] sent to Appellant David Andrew Christenson [14-5207] [Entered: 09/08/2014 12:21 PM] |
| 09/08/2014 | 8 pg, 625.55 KB | CLERK'S ORDER filed [1511173] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 10/08/2014, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5208] [Entered: 09/08/2014 04:41 PM] |
| 09/08/2014 | 8 pg, 625.76 KB | CLERK'S ORDER filed [1511174] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 10/08/2014, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5209] [Entered: 09/08/2014 04:44 PM] |
| 09/08/2014 | 1 pg, 38.56 KB | CLERK'S ORDER filed [1511177] consolidating cases 14-5208, 14-5209 (Consolidation started 09/08/2014) with 14-5207 [14-5207, 14-5208, 14-5209] [Entered: 09/08/2014 04:50 PM] |
| 09/08/2014 | | FIRST CLASS MAIL SENT [1511190] of order [1511173-2] to appellant [14-5208] [Entered: 09/08/2014 05:15 PM] |
| 09/08/2014 | | CERTIFIED MAIL SENT [1511191] with return receipt requested [Receipt No.7007 0710 0004 7190 2423] of order [1511173-2]. Certified Mail Receipt due 10/08/2014 from David Andrew Christenson. [14-5208] [Entered: 09/08/2014 05:16 PM] |
| 09/08/2014 | | FIRST CLASS MAIL SENT [1511192] of order [1511174-2] to appellant [14-5209] [Entered: 09/08/2014 05:16 PM] |
| 09/08/2014 | | CERTIFIED MAIL SENT [1511193] with return receipt requested [Receipt No.7007 0710 0004 7190 2430] of order [1511174-2]. Certified Mail Receipt due 10/08/2014 from David Andrew Christenson. [14-5209] [Entered: 09/08/2014 05:17 PM] |
| 09/08/2014 | 6 pg, 232.22 KB | MOTION filed [1511583] by David Andrew Christenson in 14-5207 to stay proceedings (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 09/10/2014 03:19 PM] |
| 09/08/2014 | 9 pg, 401.78 KB | MOTION filed [1511587] by David Andrew Christenson in 14-5207 to consolidate cases (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 09/10/2014 03:21 PM] |
| 09/08/2014 | 3 pg, 114.31 KB | MOTION filed [1511744] by David Andrew Christenson to stay district court proceedings (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5208] [Entered: 09/11/2014 11:16 AM] |
| 09/08/2014 | 3 pg, 111.54 KB | MOTION filed [1511745] by David Andrew Christenson to stay district court proceedings (Response to Motion served by mail due on 09/18/2014) [Service Date: 09/04/2014 by Email] Pages: 1-10. [14-5209] [Entered: 09/11/2014 11:17 AM] |
| 09/10/2014 | 1 pg, 39.42 KB | CLERK'S ORDER filed [1511590] dismissing as moot motion to consolidate [1511587-2] [14-5207, 14-5208, 14-5209] [Entered: 09/10/2014 03:23 PM] |
| 09/10/2014 | | ENTRY OF APPEARANCE filed [1511661] by Henry C. Whitaker and co-counsel H. Thomas Byron III on |

| Date | Size | Entry |
|---|---|---|
| | 2 pg, 69.01 KB | behalf of Appellees Keith B. Alexander, John O. Brennan, CIA, James R. Clapper, Jr., James B. Comey, FBI, Eric H. Holder, Jr., National Security Agency, Barack Hussein Obama and DOJ in 14-5207, Appellees Keith B. Alexander, Eric H. Holder, Jr., National Security Agency, Barack Hussein Obama and DOJ in 14-5208, 14-5209. [14-5207, 14-5208, 14-5209] (Whitaker, Henry) [Entered: 09/10/2014 05:03 PM] |
| 09/11/2014 | 2 pg, 100.33 KB | MOTION filed [1512092] by David Andrew Christenson in 14-5207 to reconsider (Response to Motion served by mail due on 09/22/2014) [Service Date: 09/08/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 09/12/2014 03:52 PM] |
| 09/15/2014 | 1 pg, 97.79 KB | CERTIFIED MAIL RECEIPT [1512453] RECEIVED from David Christenson [signed for on 09/12/2014] for order [1511191-2] sent to Appellant David Andrew Christenson [14-5208] [Entered: 09/16/2014 01:33 PM] |
| 09/16/2014 | 2 pg, 76.81 KB | ERRATA [1513197] to original motion to stay case [1511029-2], original motion to stay case [1511032-2], original motion to stay case [1511034-2] filed by David Andrew Christenson in 14-5207, 14-5208, 14-5209 [14-5207, 14-5208, 14-5209] [Entered: 09/19/2014 12:28 PM] |
| 09/18/2014 | 1 pg, 101.86 KB | CERTIFIED MAIL RECEIPT [1513131] RECEIVED from David Christenson [signed for on 09/15/2014] for order [1511193-2] sent to Appellant David Andrew Christenson [14-5209] [Entered: 09/19/2014 10:44 AM] |
| 10/17/2014 | 1 pg, 39.29 KB | CLERK'S ORDER filed [1517788] holding cases in abeyance. Cases 14-5207,14-5208,14-5209 held in abeyance pending ifp decision in 1:14cv92, et al., from U.S. District Court; The Clerk is directed to transmit a copy of this order to the district court. [14-5207, 14-5208, 14-5209] [Entered: 10/17/2014 04:18 PM] |
| 10/21/2014 | 14 pg, 469.25 KB | NOTICE FILED [1518437] by David Andrew Christenson in 14-5207 . [Service Date: 10/13/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 10/22/2014 12:30 PM] |
| 10/22/2014 | 25 pg, 448.02 KB | NOTICE [1518443] filed from Clerk, District Court leave to proceed ifp in the district court is denied [Case Number 14-5207: IFP Denied USDC] [Case Number 14-5208: IFP Denied USDC] [Case Number 14-5209: IFP Denied USDC] [14-5207, 14-5208, 14-5209] [Entered: 10/22/2014 12:45 PM] |
| 10/22/2014 | 9 pg, 627.33 KB | CLERK'S ORDER filed [1518473] directing party to file payment of docketing fee. APPELLANT payment of docketing fee due 11/21/2014; directing party to file motion to proceed on appeal in forma pauperis. APPELLANT motion to proceed IFP in this court due 11/21/2014, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail., removing case from abeyance [14-5207, 14-5208, 14-5209] [Entered: 10/22/2014 02:12 PM] |
| 10/22/2014 | | FIRST CLASS MAIL SENT [1518476] of order [1518473-2] to appellant [14-5207, 14-5208, 14-5209] [Entered: 10/22/2014 02:20 PM] |
| 10/22/2014 | | CERTIFIED MAIL SENT [1518477] with return receipt requested [Receipt No.7007 0710 0004 7190 8401] of order [1518473-2]. Certified Mail Receipt due 11/21/2014 from David Andrew Christenson. [14-5207, 14-5208, 14-5209] [Entered: 10/22/2014 02:20 PM] |
| 10/31/2014 | | CERTIFIED MAIL RECEIPT [1520346] RECEIVED from Christenson [signed for on 10/28/2014] for order [1518477-2] sent to Appellant David Andrew Christenson in 14-5207, 14-5208, 14-5209 [14-5207, 14-5208, 14-5209] [Entered: 11/03/2014 02:47 PM] |
| 11/19/2014 | 0 pg, 0 KB | SEALED MOTION filed [1523633] by David Andrew Christenson in 14-5207 to proceed on appeal in forma pauperis. (Response to Motion served by mail due on 12/04/2014) [Case Number 14-5207: IFP Pending USCA] [Case Number 14-5208: IFP Pending USCA] [Case Number 14-5209: IFP Pending USCA] [Service Date: 11/20/2014 by Clerk] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 11/20/2014 06:20 PM] |
| 11/26/2014 | 8 pg, 272.52 KB | MOTION filed [1524641] by David Andrew Christenson in 14-5207 to appoint counsel (Response to Motion served by mail due on 12/04/2014) [Service Date: 11/21/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 12/01/2014 10:58 AM] |
| 12/01/2014 | 17 pg, 614.73 KB | NOTICE FILED [1525067] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 11/27/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/02/2014 03:59 PM] |
| 12/01/2014 | 24 pg, 665.62 KB | NOTICE FILED [1525068] by David Andrew Christenson in 14-5207 of objection. [Service Date: 11/25/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/02/2014 04:00 PM] |
| 12/05/2014 | 48 pg, 1.86 MB | MOTION filed [1525931] by David Andrew Christenson in 14-5207 to recuse (Response to Motion served by mail due on 12/15/2014) [Service Date: 12/01/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 12/08/2014 11:18 AM] |
| 12/08/2014 | 2 pg, 67.54 KB | NOTICE FILED [1526464] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 12/04/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/10/2014 10:37 AM] |
| 12/09/2014 | 2 pg, 130.57 KB | NOTICE FILED [1526645] by David Andrew Christenson in 14-5207 of memorandum 1 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/11/2014 10:11 AM] |
| 12/09/2014 | 3 pg, 135.1 KB | NOTICE FILED [1526647] by David Andrew Christenson in 14-5207 of memorandum 2 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/11/2014 10:12 AM] |

| Date | File | Entry |
|---|---|---|
| 12/09/2014 | 5 pg, 244.28 KB | NOTICE FILED [1526652] by David Andrew Christenson in 14-5207 of memorandum 3 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/11/2014 10:17 AM] |
| 12/09/2014 | 7 pg, 344.3 KB | NOTICE FILED [1526654] by David Andrew Christenson in 14-5207 of memorandum 4 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/11/2014 10:19 AM] |
| 12/09/2014 | 5 pg, 210.95 KB | NOTICE FILED [1526657] by David Andrew Christenson in 14-5207 of memorandum 5 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/11/2014 10:23 AM] |
| 12/09/2014 | 9 pg, 308.72 KB | NOTICE FILED [1526658] by David Andrew Christenson in 14-5207 of memorandum 6 of 6. [Service Date: 12/06/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/11/2014 10:24 AM] |
| 12/15/2014 | 1 pg, 157.83 KB | MOTION filed [1527744] by David Andrew Christenson in 14-5207 for summary and default judgment. (Response to Motion served by mail due on 12/29/2014) [Service Date: 12/10/2014 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 12/17/2014 10:32 AM] |
| 12/15/2014 | 4 pg, 127.3 KB | SUPPLEMENT [1529181] to motion to appoint counsel [1524641-2] filed by David Andrew Christenson in 14-5207, 14-5208, 14-5209 [Service Date: 12/11/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/24/2014 12:42 PM] |
| 12/29/2014 | 20 pg, 901.05 KB | SUPPLEMENT [1529816] to motion for summary and default judgment [1527744-2] filed by David Andrew Christenson in 14-5207 [Service Date: 12/24/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 12/31/2014 09:51 AM] |
| 01/05/2015 | 16 pg, 583.36 KB | NOTICE FILED [1530539] by David Andrew Christenson in 14-5207 styled as "Memorandum/Complaint/Grievance.....". [Service Date: 12/29/2014 ] [14-5207, 14-5208, 14-5209] [Entered: 01/07/2015 10:32 AM] |
| 01/06/2015 | 2 pg, 63.72 KB | NOTICE FILED [1530532] by David Andrew Christenson in 14-5207 styled "Memorandum". [Service Date: 01/03/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/07/2015 10:28 AM] |
| 01/12/2015 | 3 pg, 174.58 KB | NOTICE FILED [1532308] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/06/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/15/2015 02:11 PM] |
| 01/13/2015 | 2 pg, 75.73 KB | NOTICE FILED [1532306] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/09/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/15/2015 02:07 PM] |
| 01/13/2015 | 19 pg, 876.73 KB | NOTICE FILED [1532307] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/08/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/15/2015 02:10 PM] |
| 01/16/2015 | 3 pg, 202.02 KB | NOTICE FILED [1532909] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/11/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/20/2015 12:33 PM] |
| 01/16/2015 | 3 pg, 104.03 KB | NOTICE FILED [1532912] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/11/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/20/2015 12:35 PM] |
| 01/20/2015 | 20 pg, 1.25 MB | NOTICE FILED [1533355] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/13/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/21/2015 03:55 PM] |
| 01/20/2015 | 35 pg, 1.43 MB | NOTICE FILED [1533358] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/15/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/21/2015 03:57 PM] |
| 01/20/2015 | 14 pg, 552.56 KB | NOTICE FILED [1533360] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/14/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/21/2015 03:58 PM] |
| 01/20/2015 | 3 pg, 215.64 KB | NOTICE FILED [1533363] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/14/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/21/2015 03:59 PM] |
| 01/20/2015 | 8 pg, 544.33 KB | NOTICE FILED [1533367] by David Andrew Christenson in 14-5207 of memorandum. [Service Date: 01/13/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/21/2015 04:03 PM] |
| 01/26/2015 | 9 pg, 245.56 KB | NOTICE FILED [1535146] by David Andrew Christenson in 14-5207 of memorandum 39. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:05 PM] |
| 01/26/2015 | 20 pg, 1.14 MB | NOTICE FILED [1535151] by David Andrew Christenson in 14-5207 of memorandum 36. [Service Date: 01/18/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:08 PM] |
| 01/26/2015 | 5 pg, 227.3 KB | NOTICE FILED [1535154] by David Andrew Christenson in 14-5207 of memorandum 37. [Service Date: 01/20/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:10 PM] |
| 01/26/2015 | 2 pg, 66.3 KB | NOTICE FILED [1535160] by David Andrew Christenson in 14-5207 of memorandum 38. [Service Date: 01/20/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:11 PM] |
| 01/26/2015 | 63 pg, 987.84 KB | NOTICE FILED [1535165] by David Andrew Christenson in 14-5207 of memorandum 35. [Service Date: 01/18/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:15 PM] |
| 01/26/2015 |  | NOTICE FILED [1535168] by David Andrew Christenson in 14-5207 of memorandum 43. [Service Date: |

| Date | File | Description |
|---|---|---|
| | 7 pg, 242.82 KB | to Motion served by mail due on 02/20/2015) [Service Date: 02/07/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 02:56 PM] |
| 02/09/2015 | 4 pg, 165.77 KB | NOTICE FILED [1538321] by David Andrew Christenson in 14-5207 of memorandum 65. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:00 PM] |
| 02/09/2015 | 4 pg, 107.85 KB | NOTICE FILED [1538322] by David Andrew Christenson in 14-5207 of memorandum 66. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:01 PM] |
| 02/09/2015 | 7 pg, 159.83 KB | NOTICE FILED [1538323] by David Andrew Christenson in 14-5207 of memorandum 67. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:03 PM] |
| 02/09/2015 | 3 pg, 126.61 KB | NOTICE FILED [1538324] by David Andrew Christenson in 14-5207 of memorandum 70. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:06 PM] |
| 02/09/2015 | 12 pg, 266.07 KB | NOTICE FILED [1538325] by David Andrew Christenson in 14-5207 of memorandum 71. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:08 PM] |
| 02/09/2015 | 10 pg, 198.31 KB | NOTICE FILED [1538327] by David Andrew Christenson in 14-5207 of memorandum 72. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:11 PM] |
| 02/09/2015 | 0 pg, 0 KB | NOTICE FILED [1538360] by David Andrew Christenson in 14-5207 of memorandum 73. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 03:54 PM] |
| 02/09/2015 | 13 pg, 298.51 KB | NOTICE FILED [1538377] by David Andrew Christenson in 14-5207 of memorandum 74. [Service Date: 02/07/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 04:18 PM] |
| 02/09/2015 | 1 pg, 63.93 KB | NOTICE FILED [1538378] by David Andrew Christenson in 14-5207 of memorandum 64. [Service Date: 02/05/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 04:19 PM] |
| 02/11/2015 | 2 pg, 65.48 KB | MOTION filed [1537182] by David Andrew Christenson in 14-5207 of motion 23. [Electronic Version of Exhibits Unavailable, Original Paper Document in File]. (Response to Motion served by mail due on 02/23/2015) [Service Date: 02/09/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 02/11/2015 04:16 PM] |
| 02/11/2015 | 54 pg, 1.8 MB | MOTION filed [1537185] by David Andrew Christenson in 14-5207, 14-5208, 14-5209 of motion 24. (Response to Motion served by mail due on 02/23/2015) [Service Date: 02/09/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 02/11/2015 04:17 PM] |
| 02/18/2015 | 2 pg, 108.63 KB | NOTICE FILED [1538391] by David Andrew Christenson in 14-5207 of memorandum 79. [Service Date: 02/11/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 04:35 PM] |
| 02/18/2015 | 2 pg, 147.95 KB | NOTICE FILED [1538394] by David Andrew Christenson in 14-5207 of memorandum 77. [Service Date: 02/10/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 04:36 PM] |
| 02/18/2015 | 11 pg, 448.65 KB | NOTICE FILED [1538395] by David Andrew Christenson in 14-5207 of memorandum 78. [Service Date: 02/10/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 04:37 PM] |
| 02/19/2015 | 10 pg, 379.4 KB | NOTICE FILED [1538574] by David Andrew Christenson in 14-5207 of memorandum 82. [Service Date: 02/16/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/20/2015 12:35 PM] |
| 02/19/2015 | 7 pg, 452.99 KB | NOTICE FILED [1538575] by David Andrew Christenson in 14-5207 of memorandum 80. [Service Date: 02/13/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/20/2015 12:36 PM] |
| 02/19/2015 | 3 pg, 140.01 KB | MOTION filed [1538577] by David Andrew Christenson in 14-5207 styled as "motion 25 (81)". (Response to Motion served by mail due on 03/02/2015) [Service Date: 02/16/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 02/20/2015 12:38 PM] |
| 02/27/2015 | 6 pg, 167.09 KB | NOTICE FILED [1540227] by David Andrew Christenson in 14-5207 of memorandum 83. [Service Date: 02/23/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 03/02/2015 03:18 PM] |
| 03/02/2015 | 27 pg, 899.61 KB | NOTICE FILED [1540573] by David Andrew Christenson in 14-5207 of memorandum 84. [Service Date: 02/25/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 03/04/2015 10:35 AM] |
| 03/04/2015 | 1 pg, 42.86 KB | PER CURIAM ORDER filed [1540652] denying motions [1538577-2] [1537185-2] [1537182-2] [1538319-2] [1538318-2] [1527744-2] [1525931-2] [1524641-2] [1523633-2] [1512092-2] [1511583-2] [1511029-2] [1511744-2] [1511032-2] [1511745-2] [1511034-2]; dismissing case as frivolous; withholding issuance of the mandate. Before Judges: Rogers, Srinivasan and Pillard. [14-5207, 14-5208, 14-5209] [Entered: 03/04/2015 01:00 PM] |
| 03/04/2015 | 1 pg, 38.85 KB | CLERK'S ORDER filed [1540737] dismissing all pending motions as moot. [14-5207, 14-5208, 14-5209] [Entered: 03/04/2015 03:15 PM] |
| 03/10/2015 | 8 pg, 219.1 KB | MOTION filed [1542055] by David Andrew Christenson in 14-5207 to publish (Response to Motion served by mail due on 03/20/2015) [Service Date: 03/07/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 03/12/2015 03:01 PM] |

| Date | Size | Description |
|---|---|---|
| 03/10/2015 | 4 pg, 131.41 KB | NOTICE FILED [1542068] by David Andrew Christenson in 14-5207 of filing in Supreme Court. [Service Date: 03/07/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 03/12/2015 04:09 PM] |
| 03/13/2015 | 2 pg, 67.86 KB | SUPPLEMENT [1542401] to motion to publish [1542055-2] filed by David Andrew Christenson in 14-5207 [Service Date: 03/09/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 03/16/2015 09:55 AM] |
| 03/16/2015 | 10 pg, 355.97 KB | SUPPLEMENT [1542929] to motion to publish [1542055-2] filed by David Andrew Christenson in 14-5207 [Service Date: 03/11/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 03/18/2015 09:33 AM] |
| 03/23/2015 | 2 pg, 73.69 KB | MOTION filed [1544013] by David Andrew Christenson in 14-5207 to unseal (Response to Motion served by mail due on 03/30/2015) [Service Date: 03/17/2015 by Email] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 03/24/2015 02:27 PM] |
| 03/23/2015 | 52 pg, 1.92 MB | NOTICE FILED [1544018] by David Andrew Christenson in 14-5207 . [Service Date: 03/18/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 03/24/2015 02:34 PM] |
| 04/02/2015 | 29 pg, 1.06 MB | PETITION filed [1546027] by Appellant David Andrew Christenson in 14-5207 for rehearing en banc. [Service Date: 03/31/2015 by Email] Pages: 16-20. [14-5207, 14-5208, 14-5209] [Entered: 04/06/2015 02:23 PM] |
| 04/13/2015 | 6 pg, 177.23 KB | SUPPLEMENT [1548143] to petition for rehearing en banc [1546027-2] filed by David Andrew Christenson in 14-5207 [Service Date: 04/08/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 04/20/2015 01:21 PM] |
| 04/13/2015 | 6 pg, 175.86 KB | MOTION filed [1550364] by David Andrew Christenson in 14-5207 to attend. [Service Date: 04/15/2015 ] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 09:25 AM] |
| 04/20/2015 | 3 pg, 149.6 KB | SUPPLEMENT [1548480] to petition for rehearing en banc [1546027-2] filed by David Andrew Christenson in 14-5207 [Service Date: 04/15/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 04/21/2015 03:50 PM] |
| 04/27/2015 | 4 pg, 175.08 KB | NOTICE FILED [1550384] by David Andrew Christenson in 14-5207 of Memorandum concerning will...... [Service Date: 04/23/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 09:45 AM] |
| 04/27/2015 | 3 pg, 124.77 KB | SUPPLEMENT [1550387] to petition for rehearing en banc [1546027-2] filed by David Andrew Christenson in 14-5207 [Service Date: 04/21/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 09:47 AM] |
| 04/30/2015 | 6 pg, 228.16 KB | NOTICE FILED [1550389] by David Andrew Christenson in 14-5207 of Memorandum/Documentation. [Service Date: 04/25/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 09:48 AM] |
| 04/30/2015 | 13 pg, 397.88 KB | NOTICE FILED [1550392] by David Andrew Christenson in 14-5207 of Memorandum/Documentation. [Service Date: 04/27/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 09:51 AM] |
| 05/01/2015 | 5 pg, 183.19 KB | NOTICE FILED [1550463] by David Andrew Christenson in 14-5207 of Memorandum/Documentation. [Service Date: 04/28/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 11:16 AM] |
| 05/04/2015 | 1 pg, 40.81 KB | PER CURIAM ORDER, En Banc, filed [1550482] denying petition for rehearing en banc [1546027-2] Before Judges: Garland, Henderson*, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard and Wilkins. [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 12:34 PM] |
| 05/04/2015 | 2 pg, 43.41 KB | PER CURIAM ORDER filed (SEE ORDER FOR FURTHER DETAILS) [1550484] denying motion publication [1542055-2]; denying motion to unseal [1544013-2]; denying motion to attend oral argument in the Fifth Circuit [1550364-2], enjoining appellant from further filings in these cases. The Clerk is directed to accept no further submissions from *** David Andrew Christenson***in this case. Before Judges: Rogers, Srinivasan and Pillard. [14-5207, 14-5208, 14-5209] [Entered: 05/04/2015 12:40 PM] |
| 05/22/2015 | | MANDATE ISSUED to Clerk, District Court [14-5207, 14-5208, 14-5209] [Entered: 05/22/2015 04:15 PM] |

Clear All

○ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0      **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| DC Circuit (USCA) - 01/25/2018 09:24:57 | | | |
| **PACER Login:** | chridavirc1902 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 14-5207 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |