Leave to file GRANTED

*[signature]* 2/12/18

Amy B. Jackson                    Date
United States District Judge

File as Motion for Protective Order

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Civ. No. 1:18-cv-00011 (ABJ)

Paul J. Manafort Jr.
Plaintiff

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Motion Under Seal
(Please file under Seal until Judge Jackson, Judge Moss and Judge Sullivan make a decision on Sealing this Pleading.)

Judge Jackson, Judge Moss and Judge Sullivan,

Please issue a Gag Order. Please list me, David Andrew Christenson, and my wife, Renee "Scarlett" Christenson. Neither of us wants to be famous and we absolutely do not want to deal with the press. I wish I could ask you to order the press to stay five miles away.

Why? Mankind is too important to allow the for-profit press to spin the story for money.

Godspeed

Sincerely,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

*[signature]*

David Andrew Christenson