UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Paul J. Manafort Jr.
Plaintiff

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Civ. No. 1:18-cv-00011 (ABJ)

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

Leave to file GRANTED

*[signature]* Amy B. Jackson   2/13/17
United States District Judge   Date

*[handwritten]* Leave to file under seal denied since original pleading was not sealed

Errata Under Seal
(Please file under Seal until Judge Jackson makes a decision on Sealing this Pleading.)

Judge Jackson,

Two pages from my "Second Supplemental Motion to Intervene and Join" were omitted. The two pages are attached.

It is entirely up to you to make the corrections. I am not asking you to make the corrections but I do want you to have the information.

Page 2 and 11 were omitted. The narrative within the pleading refers to the "letters to the District of Columbia and Eastern District of Virginia Special Grand Juries that were convened by Special Counsel Robert Mueller" and the 11-page docket. The docket has page numbers with page 8 missing which is page 11 of the pleading.

Godspeed

Sincerely,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 6th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

*[signature]*

David Andrew Christenson

(Special) Grand Jury being used by Special Counsel Robert Mueller       January 25th, 2018
United States District Court for the District of Columbia
United States District Court for the Eastern District of Virginia

Jury Members,

Please don't judge me. I have no money. I own nothing and have nothing. There is no school or book about how to do what I am doing. I have no God, no country, no family and no friends. Everyone and I mean everyone that had an ethical, moral and legal responsibility to help me not only turned their backs on me but they intentionally harmed me. Your government has made sure that I don't have the resources to fight. Every attorney that tried to help was threatened by the DOJ and then quit. Google and YouTube stood by me for a while but the pressure from Robert Mueller became to great. If I was wrong why did they falsely arrest me and place me insolation for 11 days where they medicated me against my will and yet I was never charged with a crime. I had an FBI Agent put a gun to my head with the safety off and the hammer pulled back. He told me he could and would kill me if I didn't stop and that he would get away with it. I knew he was telling the truth. When I asked if Mueller knew he laughed and stated that it was Mueller that gave the order.

Please review the attached docket which is 11 pages long. The clerk will provide you access to all of the pleadings. The most important notes are as follows:
The judge in the case refuse to publicly docket my pleadings at the District level. This was a class action complaint filed on behalf of all Americans and that includes you and me. I had standing and cause because I was directly harmed. Notice that the DOJ never filed a response. Notice that the DOJ never filed a response even when ordered to on multiple occasions. The court represented the DOJ and refused to hold them accountable. Notice that the original complaint was filed by Larry Klayman and was politically motivated. My motions were filed to help all Americans.

The court dismissed the appeal as being frivolous. If it was so frivolous why did they allow me to file hundreds of pages of documents over a seven-month period. Why did they not demand a response from the DOJ, even after ordering them to respond, when it is required by law.

The result is the Genocide of Mankind. Math and time are on my side and the truth will come out. The problem is people are immune to such things and will not do anything to correct the Genocide.

Help me to help you save Mankind. Your government has convinced you to run to the cliff and jump and you are doing just that. You make the decision after reading what I filed. The courts will no longer allow me to be heard and they have censored me.

Read the Declaration of Independence and the Constitution and remember that our country was founded by Terrorists. We call them heroes because they prevailed. The Declaration of Independence talks about tearing our government down and starting over when it no longer serves the needs of the people. That time is now. Thomas Jefferson said: "Tyranny is when the people fear the government and liberty is when the government fears the people."

| Date | Size | Description |
|---|---|---|
| | 10 pg, 390.32 KB | 01/22/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:18 PM] |
| 01/26/2015 | 6 pg, 247.54 KB | NOTICE FILED [1535170] by David Andrew Christenson in 14-5207 of memorandum 40. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:19 PM] |
| 01/26/2015 | 6 pg, 158.46 KB | NOTICE FILED [1535171] by David Andrew Christenson in 14-5207 of memorandum 41. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:20 PM] |
| 01/26/2015 | 18 pg, 428.37 KB | NOTICE FILED [1535175] by David Andrew Christenson in 14-5207, 14-5208, 14-5209 of memorandum 42. [Service Date: 01/22/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:21 PM] |
| 01/27/2015 | 11 pg, 453.98 KB | NOTICE FILED [1535147] by David Andrew Christenson in 14-5207 of memorandum 47. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:06 PM] |
| 01/27/2015 | 12 pg, 388.94 KB | NOTICE FILED [1535149] by David Andrew Christenson in 14-5207 of memorandum 49. [Service Date: 01/24/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:07 PM] |
| 01/27/2015 | 4 pg, 176.38 KB | NOTICE FILED [1535161] by David Andrew Christenson in 14-5207 of memorandum 46. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:12 PM] |
| 01/27/2015 | 2 pg, 115.38 KB | NOTICE FILED [1535164] by David Andrew Christenson in 14-5207 of memorandum 44. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:14 PM] |
| 01/28/2015 | 3 pg, 99.68 KB | NOTICE FILED [1535163] by David Andrew Christenson in 14-5207 of memorandum 45. [Service Date: 01/23/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:13 PM] |
| 01/29/2015 | 5 pg, 143.65 KB | NOTICE FILED [1535183] by David Andrew Christenson in 14-5207 of memorandum 48. [Service Date: 01/24/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:29 PM] |
| 01/29/2015 | 22 pg, 782.92 KB | NOTICE FILED [1535184] by David Andrew Christenson in 14-5207 of memorandum 51. [Service Date: 01/25/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 01/30/2015 02:29 PM] |
| 01/30/2015 | 4 pg, 276.9 KB | NOTICE FILED [1535388] by David Andrew Christenson in 14-5207 of memorandum 52. [Service Date: 01/26/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/02/2015 10:28 AM] |
| 01/30/2015 | 2 pg, 90.08 KB | NOTICE FILED [1535389] by David Andrew Christenson in 14-5207 of memorandum 50. [Service Date: 01/25/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/02/2015 10:29 AM] |
| 02/02/2015 | 3 pg, 129.28 KB | NOTICE FILED [1535738] by David Andrew Christenson in 14-5207 of memorandum 53. [Service Date: 01/28/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/03/2015 05:00 PM] |
| 02/02/2015 | 19 pg, 321.6 KB | NOTICE FILED [1535739] by David Andrew Christenson in 14-5207 of memorandum 54. [Service Date: 01/29/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/03/2015 05:01 PM] |
| 02/02/2015 | 16 pg, 281.71 KB | NOTICE FILED [1535742] by David Andrew Christenson in 14-5207 of memorandum 55. [Service Date: 01/29/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/03/2015 05:03 PM] |
| 02/05/2015 | 8 pg, 1.09 MB | NOTICE FILED [1536301] by David Andrew Christenson in 14-5207 of memorandum 57. [Service Date: 01/31/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/06/2015 12:08 PM] |
| 02/05/2015 | 2 pg, 63.41 KB | NOTICE FILED [1536303] by David Andrew Christenson in 14-5207 of memorandum 56. [Service Date: 01/31/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/06/2015 12:17 PM] |
| 02/06/2015 | 5 pg, 238.8 KB | NOTICE FILED [1536602] by David Andrew Christenson in 14-5207 of memorandum 58. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/09/2015 01:29 PM] |
| 02/06/2015 | 3 pg, 101.97 KB | NOTICE FILED [1536603] by David Andrew Christenson in 14-5207 of memorandum 59. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/09/2015 01:30 PM] |
| 02/06/2015 | 9 pg, 466.47 KB | NOTICE FILED [1536604] by David Andrew Christenson in 14-5207 of memorandum 60. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/09/2015 01:31 PM] |
| 02/06/2015 | 17 pg, 306.37 KB | NOTICE FILED [1536605] by David Andrew Christenson in 14-5207 of memorandum 61. [Service Date: 02/06/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/09/2015 01:32 PM] |
| 02/06/2015 | 24 pg, 422.33 KB | NOTICE FILED [1536607] by David Andrew Christenson in 14-5207 of memorandum 62. [Service Date: 02/02/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/09/2015 01:33 PM] |
| 02/06/2015 | 2 pg, 65.29 KB | NOTICE FILED [1536609] by David Andrew Christenson in 14-5207 of memorandum 63. [Service Date: 02/06/2015 ] [14-5207, 14-5208, 14-5209] [Entered: 02/09/2015 01:34 PM] |
| 02/09/2015 | 3 pg, 104.51 KB | MOTION filed [1538318] by David Andrew Christenson in 14-5207 styled as "motion 21 (68)". (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/07/2015 by US Mail] Pages: 1-10. [14-5207, 14-5208, 14-5209] [Entered: 02/19/2015 02:54 PM] |
| 02/09/2015 | | MOTION filed [1538319] by David Andrew Christenson in 14-5207 styled as "motion 22 (69)". (Response |

*COPY for Judge JACKSON*

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | Criminal Docket No. 1:17-cr-232 |
| v. | Judge Emmet G. Sullivan |
| Michael T. Flynn<br>Defendant | |

Motion for Reconsideration based on the recent public docketing of my Supplemental Motion to Intervene and Join and my Motion to Intervene and Join in the Paul Manafort Civil Complaint against the Department of Justice and Special Counsel Robert Mueller: Case 1:18-cv-00011-ABJ Document 15 Filed 01/26/18 Page 1 of 89

Judge Amy Jackson has publicly docketed two of my Motions and it is my belief that she will docket the second, third, fourth, fifth and sixth Supplemental Motions to Intervene and Join.

I am asking this court to publicly docket the Motions, Notices and Pleadings that I have filed in this case.

I believe that it absolutely imperative that the American People have access to this information through this case. The protection of the First Amendment will allow the American People to make informed decisions. This is a Constitutional Right that all Americans have. Censorship cannot and should not be tolerated. There are no longer any reliable news sources.

The third Supplemental Motion to Intervene and Join contains Grand Jury testimony that confirms the release of the Katrina Virus and the fact that Americans died as a result.

This same Motion will be filed in the George Papadopoulos case: Criminal Docket No. 1:17-cr-182 (539) Judge Randolph Daniel Moss

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 5th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

v.

George Papadopoulos
Defendant

Criminal Docket No. 1:17-cr-182 (539)

Judge Randolph Daniel Moss

Motion for Reconsideration based on the recent public docketing of my Supplemental Motion to Intervene and Join and my Motion to Intervene and Join in the Paul Manafort Civil Complaint against the Department of Justice and Special Counsel Robert Mueller: Case 1:18-cv-00011-ABJ Document 15 Filed 01/26/18 Page 1 of 89

Judge Amy Jackson has publicly docketed two of my Motions and it is my belief that she will docket the second, third, fourth, fifth and sixth Supplemental Motions to Intervene and Join.

I am asking this court to publicly docket the Motions, Notices and Pleadings that I have filed in this case.

I believe that it absolutely imperative that the American People have access to this information through this case. The protection of the First Amendment will allow the American People to make informed decisions. This is a Constitutional Right that all Americans have. Censorship cannot and should not be tolerated. There are no longer any reliable news sources.

The third Supplemental Motion to Intervene and Join contains Grand Jury testimony that confirms the release of the Katrina Virus and the fact that Americans died as a result.

This same Motion will be filed in the Michael T. Flynn case: Criminal Docket No. 1:17-cr-232 Judge Emmet G. Sullivan

Godspeed
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on February 5th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---

David Andrew Christenson