# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL J. MANAFORT, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, ROD J. ROSENSTEIN, and ROBERT S. MUELLER III, <br><br> *Defendants*. | No. 1:18-cv-00011-ABJ |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6, and in accordance with Local Civil Rule 7, Defendants hereby respectfully request a one-week extension of time to file their reply brief in support of their motion to dismiss. The reasons supporting this request are set forth below:

1. Plaintiff filed the above-captioned matter on January 3, 2018, *see* ECF No. 1, and completed service on January 23, 2018. *See* ECF No. 10.

2. Defendants filed a motion to dismiss on February 2, 2018. *See* ECF No. 16. Plaintiff then filed a 39-page opposition to Defendants' motion on February 16, 2018. *See* ECF No. 24.

3. Pursuant to Local Civil Rule 7(d), Defendants' reply in support of their motion to dismiss is currently due Friday, February 23, 2018.

4. Defendants respectfully request a short, one-week extension of time to file their reply brief—*i.e.*, until Friday, March 2, 2018. This short extension will provide Defendants adequate time to address the various arguments presented in Plaintiff's 39-page opposition, and is

also justified because Defendants' counsel have additional obligations in other matters during this same time period.

5. This is Defendants' first requested extension. Granting this extension will not materially delay resolution of this matter, particularly given Defendants' expeditious filing of their motion to dismiss. Even with Defendants' requested extension, the motion to dismiss will still be fully briefed well before Defendants were required to respond to the Complaint. *See* Fed. R. Civ. P. 12(a)(2); ECF No. 10.

6. In accordance with Local Civil Rule 7(m), undersigned counsel contacted counsel for Plaintiff, who stated that Plaintiff does not oppose the relief requested in this motion.

For the foregoing reasons, Defendants respectfully request a short, one-week extension of time to file their reply brief, until March 2, 2018. A proposed order is attached.

Dated: February 20, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TYLER
　　　　　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel Schwei*
　　　　　　　　　　　　　　　　　　　　　　　DANIEL SCHWEI (N.Y. Bar)
　　　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　　ANJALI MOTGI (TX Bar No. 24092864)
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-8693
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　　　Daniel.S.Schwei@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL J. MANAFORT, JR.,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, ROD J. ROSENSTEIN, and ROBERT S. MUELLER III,<br><br>　　　　　　　　*Defendants*. | No. 1:18-cv-00011-ABJ |

**[Proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss, it is hereby **ORDERED** that Defendants' motion is **GRANTED**, and Defendants shall file their reply brief in support of their motion to dismiss by March 2, 2018.

　　**SO ORDERED.**

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge