UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

Movant David Andrew Christenson

Paul J. Manafort Jr.
Plaintiff

v.

United States Department of Justice
Acting Attorney General Rod J. Rosenstein
Special Counsel Robert S. Mueller

Civ. No. 1:18-cv-00011 (ABJ)

COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF

Leave to file GRANTED

_____  2/27/18
Amy B. Jackson            Date
United States District Judge

File as: Motion to Unseal
Dkt. 20

Motion for Extension to file a Motion for Reconsideration
Motion to Correct the Docket and Include all Pleadings

Judge Jackson,

Please accept my apology for this pleading being incoherent and disjointed. (If it sounds strange it is meant as a compliment, I just don't know how to word it. Everything that I write in this pleading is meant with total respect.) It is easier for me to write this pleading as a letter. This may sound odd to you but my interpretation of what happened is nothing short of a miracle. You issued an Order that denied my Motion to Join. That Order clearly laid out the obstacles that I must overcome **to convince you and only you** that my Motion to Intervene should be granted. Part of the miracle is that you somewhat believe in me or you would not have docketed my pleadings. I know that your time is valuable. (Being denied by a Federal Judge with a four-page Order is actually a victory for me. My voice was at least heard by you and for that I am thankful.)

I am asking for an extension to April 30th, 2018 to file a Motion for Reconsideration. If I lose I will not file an appeal or any Notices. I will not file any pleadings between now and then. I have limited funds. I am also hoping that some attorney/law firm might step up and help. To me you opened the door ever so slightly and all I have to do is answer your order using attorney language. (Every attorney/law firm that I retained was intimidated by the DOJ and resigned. Many did it the next day.) With you entertaining my Motions some attorney/law firm might just get involved. In a way you are providing protection if that makes sense. You make it legitimate.

I am also asking that the docket be corrected to show all of the pleadings that I filed. This sounds a bit greedy but I figure that I have one last shot at helping Mankind. I am asking for you to un-censor me by docketing my pleadings and giving me this one last chance with complete and total "free speech" and to allow me "and to petition the Government for a redress of grievances" per the First Amendment.

Your Order used the terms "may permit" and "committed to the trial court's discretion" (inherently discretionary enterprise). I understand that I must correct the defects which you have laid out. I am not an attorney but I will present my Motion to Intervene as an "attorney" written pleading. I must state a "claim", establish "standing" and establish "jurisdiction". The extension would give me a fighting chance.

Epiphany

As I am writing this letter I am having an epiphany. All I really want you to do is publicly docket the pleadings that I have sent you. There will be no more pleadings sent to you in this case. I don't want to be part of this case. I definitely don't want to help Manafort. My goal was to provide you and the American people with information so that intelligent decisions could be made.

One thing, one very important thing that I want you to take away from this is that nobody reacted to the pleadings. No one is or was listening. The government and the "for profit" media has total control of what we think. That should scare the hell out of you, it does me.

Errata: My Motion to Intervene and Join was actually served on the court on January 6th, 2018. The Freedom Watch Motion to Intervene was served on the court on January 23rd, 2018. I incorporated the Freedom Watch Motion into my Supplemental Motion that was served on the court on January 24th, 2018. (Did you receive all of my pleadings?)

It is over. Here is the list of pleadings that I sent you. It would be great if you publicly docketed them and if not, at least I tried. Your order was dated February 21st, 2018. Please docket the pleadings that were sent to you. I do not have the money to send you the attachments so I only sent the cover pleadings without the attachments.

| | | |
|---|---|---|
| Motion to Intervene and Join | Served on January 6th, 2018 | |
| Supplemental Motion to Intervene and Join | Served on January 24th, 2018 | |
| Motion Under Seal Gag Order | Served on February 6th, 2018 | Please Unseal |
| Errata Under Seal | Served on February 6th, 2018 | Please Unseal |
| Second Supplemental Motion to Intervene and Join | Served on January 26th, 2018 | |
| Third Supplemental Motion to Intervene and Join | Served on January 28th, 2018 | |
| Fourth Supplemental Motion to Intervene and Join | Served on January 29th, 2018 | |
| Fifth Supplemental Motion to Intervene and Join | Served on January 30th, 2018 | |
| Sixth Supplemental Motion to Intervene and Join | Served on February 3rd, 2018 | |
| Seventh Supplemental Motion to Intervene and Join | Served on February 4th, 2018 | |
| Eight Supplemental Motion to Intervene and Join | Served on February 17th, 2018 | |
| Ninth Supplemental Motion to Intervene and Join | Served on February 20th, 2018 | |

## Conclusion and Final Motion

**Please dismiss my Motion to Intervene and Join. Please dismiss regardless of what you may or may not do with the docket.**

**Nobody is listening.**

**Thank you and I mean this with all sincerity: Godspeed.**

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on February 22nd, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson