# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                           )
PAUL J. MANAFORT, JR.,                     )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )        Civil Action No. 18-0011 (ABJ)
                                           )
U. S. DEPARTMENT OF JUSTICE, *et al.*,     )
                                           )
                    Defendants.            )
_____)

## ORDER

Pursuant to Federal Rules of Civil Procedure 12 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss [Dkt. # 16] is **GRANTED**.  This is a final appealable order.

**SO ORDERED**.

_____

AMY BERMAN JACKSON
United States District Judge

DATE:  April 27, 2018