**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAUL J. MANAFORT, JR., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Civ. No. 1:18-CV-00011-ABJ <br><br> Judge Amy Berman Jackson |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Paul J. Manafort, Jr. hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order and memorandum opinion in the above-captioned case, entered on the 27th day of April 2018 (Dkt. Nos. 36, 37), granting Defendants' motion to dismiss the Complaint, and from all rulings and orders merged therein, and all other underlying or related orders, rulings, and findings.

Dated:  June 25, 2018
        Washington, D.C.

Respectfully submitted,

/s/ Kevin M. Downing
Kevin M. Downing
(D.C. Bar #1013984)
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
(202) 754-1992
kevindowning@kdowninglaw.com

/s/ Thomas E. Zehnle
Thomas E. Zehnle
(D.C. Bar #415556)
601 New Jersey Avenue, N.W.
Suite 620
Washington, D.C.  20001
(202) 368-4668
tezehnle@gmail.com

*Counsel for Paul J. Manafort, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

/s/ Kevin M. Downing
Kevin M. Downing