# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5193**                  **September Term, 2017**

**1:18-cv-00011-ABJ**

**Filed On:** August 1, 2018

Paul John Manafort, Jr.,

       Appellant

   v.

United States Department of Justice, et al.,

       Appellees

### O R D E R

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                                BY:    /s/
                                           Amanda Himes
                                           Deputy Clerk